```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| **SHEIDA GOLCHIN**                          : | |
|     **Plaintiff,**              : | |
| **v.**                                      : | **No. 3:01CV903(DJS)** |
| **STATE OF CONNECTICUT,**                   : | |
| **DEPARTMENT OF CORRECTIONS,**              : | |
| **UNIVERSITY OF CONNECTICUT**               : | |
| **HEALTH CENTER, and CONNECTICUT**          : | |
| **COMMISSION ON HUMAN RIGHTS AND**          : | |
| **OPPORTUNITIES,**                          : | |
|     **Defendants.**             : | |

## ORDER

Plaintiff, Sheida Golchin, has submitted a "Motion to Address the Honorable Court," which is attached hereto. The Clerk of the Court shall docket the attached document.

The above-captioned matter was filed on May 21, 2001 when Golchin was granted leave to proceed <u>in forma pauperis</u>, and the court dismissed this case on November 30, 2001 when it granted defendants' motion to dismiss. Apparently, Golchin wishes to re-open her case by way of her "motion."

To the extent Golchin seeks relief in her "motion," this relief is **DENIED without prejudice**. Golchin speaks of fraud and deceit in her papers, but her allegations are vague. If she wishes to re-open her lawsuit, she must provide specific details of the fraud, and must show how the fraud she speaks of prevented her from prosecuting her case the first time. If Golchin wishes

to make a claim about things that happened to her that are not related to her first lawsuit, or things that happened to her after her lawsuit was dismissed, she must file another lawsuit against those responsible for violating her rights.  A copy of any document filed with this court pertaining to the above-captioned lawsuit must be sent to opposing counsel in this case, and Golchin must indicate in her court documents that she has done so.

    So ordered this 9th day of June, 2006.

                                              **/s/DJS**

                        _____
                                **DOMINIC J. SQUATRITO**
                            **UNITED STATES DISTRICT JUDGE**