Motion To Address
The Honorable Court

re: Docket # 3:01-CV-00903-DTS

Name: COLCHIN VS. DEPARTMENT OF CORRECTIONS
University of CONNECTICUT
v.

Commission on Human Rights &
opportunities

Motion:    Filed in Hartford, CT.

Was assigned: Honorable Dominic J. Squatrito

To Attention of chambers of
Honorable Judge Dominic J. Squatrito
and staff

re: Violations
of title 1, + 6
of 1990 ADA
Law.

Greetings, the motion is being filed first to
thank the Court for accepting my case initaly,
which was fradulantly dismissed with
prejudice, as was notified to your Honor and
members of the Court.

I know that had I had the opportunity
to come before the Court, as was rescheduled
the information, which I had phisical knowledge
of, would have helped The State of Connecticut
in avoiding Many of the unnecessary hardships
it has sadly suffered. I did try your Honor,
unfortunatly my intentions were not seen as
sincere by the State, due to their lack of
the circumstances, which later became evident
regarding the state government and how it was
being improperly run.

My motion today concerns the 1990 ADA Law
which is not being Adhered to or enforced in
Connecticut, your Honor.

Specifically public Law 104-1, Regulations 29 CFR part 1630 and regarding State obligation regarding employment programs and employment of the disabled under Regulation 28 CFR part 35 of title VI of this law.

Due to the increase of displaced and disabled workers in Connecticut, and the prejudice and discrimination which we face from employers who are not being monitored in their violation of these regulations. Currently in Connecticut, I have requested for the following letter to be written on behalf of the Disabled population in Connecticut, who are being denied Civil & Constitutional rights to be employed, advocated on provided legal representation in Connecticut.

I respectfully would like to submit a copy of this letter which has also been forwarded to Rep. Gentile, Senator Crisco, Attorney General Blumenthal, Senator Dodd and Congresswoman Delauro in support of advocacy for federal grants, efficient work programs, legal advocacy and representation, and respect to the State and Federal Regulations to the Court's attention, since it pertains to my work related injuries suffered at the Department of Corrections/University of Connecticut Correctional Managed Care and Docket # 3:01-CV-00903-DJS-

A copy of this letter will also be submitted to the Judicial Reform Comittee, per my request through Rep. Gentile's office.

Due to the denial of necessary employment programs, employment, advocacy and legal Representation to the Disabled people of Connecticut, due to whatever circumstances. I have asked my Representatives to address our Concerns to the State and Federal branch of our Government. I also ask for the Honorable District Court to be informed of this serious problem and the denial of employment to us under the mentioned Federal Regulations.

In closing, I want to thank the Honorable Court, your Honor and members of the Court who have worked on my case and assisted me, while I was Ill. I hope and trust that our legitimate concerns will be addressed and resolved in the same sincere manner, in which we have addressed them to our state and Federal Government, as well as our Courts. Thank you for your time and attention to this Motion.

Respectfully,
Miss Sheila Golchin
-plaintiff
Disabled former State
of Connecticut Employee
Honorably Discharged
State of Connecticut
Veteran.

# Social Security Administration

# Ticket to Work and Self-Sufficiency

SHEIDA GOLCHIN

Ticket Number
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 TW1

Claim Account Number    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 A

Issue Date:    August 10, 2004

Form SSA-1359 (2-2002)

TBEEDRG04080302- 0003493

This ticket is issued to you by the Social Security Administration under the Ticket to Work and Self-Sufficiency Program. If you want help in returning to work or going to work for the first time, you may offer this ticket to an Employment Network of your choosing or take it to your State vocational rehabilitation agency for services. If you choose an Employment Network and it agrees to take your ticket, or if you choose your State agency and you qualify for services, these providers can offer you services to help you go to work.

An Employment Network provides the services at no cost to you. The Social Security Administration will pay the Employment Network if you assign your ticket to it, and the Employment Network helps you go to work and complies with other requirements of the Program. An Employment Network serving under the Program has agreed to abide by the rules and regulations of the Program under the terms of its agreement with the Social Security Administration for providing services under the Program. Your State agency can tell you about its rules for getting services.

_Jo Anne B. Barnhart_
Jo Anne B. Barnhart
Commissioner of Social Security

Sheida Golchin
dolphinepowertimes2@yahoo.com
12 Adanti Avenue
Ansonia, CT. 06401
(203) 732-4980

| | |
|---|---|
| OBJECTIVE | To acquire a full-time position in a Professional place of Business |
| EDUCATIONAL OBJECTIVE | To acquire an MBA, in the field of Business |
| EDUCATION | A.S. Business Office Technology – Medical<br>Gateway Community College, New Haven, CT, May 2007 |
| | Health Office Information Specialist - State of CT Certification<br>Norwalk Community Technical College, Norwalk, CT<br>December 1997 |
| | Medical Records/Hospital Administration – Federal Certification<br>Academy of Health and Sciences, Houston, TX June 1993 |
| | Fairfield High School, Fairfield, CT<br>June 1988 |
| HONORS | Roll of Honor- National Cathedral, Washington, D.C. 2004 |
| | Honorable Discharge – 118th Medical Battalion, New Haven, CT<br>December 1997 |
| | Certificate of Achievement – Medical Records Specialist/Hospital Administration, 143rd Forward Support Battalion – Medical, Meriden, CT July 1994 |
| | Member of Dean's List – 1990<br>Member of Honor Roll –1983, 1984, 1985 |
| TRAINING | Computer Skills:  Microsoft Word, Excel, and PowerPoint, Typing, Transcription, Short Hand, Multiple Line Phone System, Medical Records and Administrative duties |
| | Maloney Center for Training and Staff Development-<br>State of Connecticut, Cheshire, CT April 1997 |

| | |
|---|---|
| EXPERIENCE | Administrative Assistant:  Department of Allied Health & Nursing<br>Work-Study position<br>Naugatuck Valley Community College- Waterbury, CT<br>August 2004- December 2004 |
| | Administrative Assistant:  Department of Admissions at<br>Silver Hill Hospital & Department of Medicine at<br>Norwalk Hospital<br>Office Team – Stamford, CT<br>Temporary Agency<br>December 2001- April 2001 |
| | Customer Service Representative:  Customer Service Call Center<br>Cable Vision of Connecticut- Bridgeport, CT<br>September 1999- May 2001 |
| | Medical Records Clerk- Hospital<br>University of Connecticut Correctional Managed Care<br>Bridgeport, CT<br>February 1997 - January 2000 |
| | Records Clerk:  Records Department<br>Wake, See, Dimes & Bryniczka - Westport, CT<br>May 1994- April 1995 |
| | Medical Records Specialist:  S-3 Operations<br>118th Medical Battalion- New Haven, CT<br>December 1991- December 1997 |
| OFFICES HELD | Student Class Secretary- 1983 to 1985<br>Home Room Representative- 1985 to 1986 |
| VOLUNTEER<br>WORK | Jewish Home for the Elderly- Fairfield, CT 1987-1988<br>Carlton Convalescent Home- Fairfield, CT 1999-2000<br>The Griffin Hospital- Derby, CT 2003-2004 |

References available upon request.

# Griffen Hospital
## Volunteer Profile

| | | | | |
|---|---|---|---|---|
| Name | **Golchin, Sheida** | Nickname | SSN **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** | DoB **03/25/1969** |
| Number | **1185** | Vol Type **Adult** | | |
| Status | **Active** | As of **08/20/2003** | | |
| Address | **P.O. Box 673** | | | |
| | **Stratford, CT 06615** | | | |

Home Phone **203-732-4980**
Work Phone
Alternate Phone
Email

Work Start Date **08/19/2003**
Last Work Date **12/30/2004**
Last Work Area **Baking North 1** *and soft touch*
Y to D Hours **104.5**
Career Hours **104.5**
Last Award                Received On

Emergency Information
  Person to Notify
  Home Phone
  Relationship
  Work Phone

  Physician
  Phone(s)

| Training Programs | Start Date | Completion Date |
|---|---|---|
| **Orientation** | 07/14/2003 | 07/15/2003 |
| **H.I.P.P.A. Training** | 07/15/2003 | 07/15/2003 |
| **Mandatory 2003** | 07/15/2003 | 07/15/2003 |

Yahoo! Mail - dolphinepowertimes2@yahoo.com                    Page 1 of 2

Case 3:01-cv-00903-DJS     Document 35     Filed 08/25/2006     Page 9 of 11

*Exhibit E- This the 3rd time I've applied to Griffin Hospital, they solicited me for free employment with No pay*



Yahoo!  My Yahoo!  Mail                    Search:                        Web Search

## YAHOO! MAIL     Welcome, dolphinepowertime...   Mail Home - Mail Tutorials - Help
[Sign Out, My Account]

) LISTEN

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades - Options |

**Check Mail** | **Compose**                        **Search Mail** ▾ | **Search the Web**

Blockbuster
FREE TRIAL

**Folders**     [Add - Edit]

**Inbox (2)**
Draft
Sent
**Bulk (6)**    [Empty]
Trash          [Empty]

**My Folders**  [Hide]

Anton C.
BOT
COMPUTERIZE...
Cathy C.
Christine C.
Heiddy O.
Jodi D.
Leslie
Leslie-Ann M.
Mike A.
Mrs. Coutermarsh
Rosanne C.
Sharon O

See your
credit score: $0

Online Degree
Programs

Bad Credit
Refinance Rates

Earn a degree

Previous | Next | Back to Messages

**Delete** | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:**    grifhr@griffinhealth.org  📇 Add to Address Book   📱 Add Mobile Alert

**To:**      dolphinepowertimes2@yahoo.com

**Subject:**  Employment Pre-Application

**Date:**    Tue, 21 Mar 2006 17:13:13 -0500

Dear Sheida Golchin:

Thank you for your interest in Griffin Hospital. This is an e
notification that human resources has received your pre-appli
your experience be a match for a particular job opening we wi
you to schedule an interview.

Thank you again for your interest in Griffin Hospital.

We wish you success in your employment search.

Regards,
Human Resources Department

**Delete** | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾

Previous | Next | Back to Messages                          Save Messi

*Exhibit 2 — This is the 2nd to third time I've applied to yale. They selected me for money to work for them*

Yahoo!  My Yahoo!  Mail                                    Search:                                                    **Web Search**

# YAHOO! MAIL

Welcome, dolphinepowertime...
[Sign Out, My Account]                              Mail Home - Mail Tutorials - Help

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | **What's New - Mail For Mobile - Upgrades - Options** |

| **Check Mail** | **Compose** | | **Search Mail** ▾ | **Search the Web** |

**Blockbuster FREE TRIAL**

Previous | Next | Back to Messages

| **Delete** | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾ |

**Folders**    [Add - Edit]

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

**Inbox (2)**

Draft

Sent

**Bulk (6)**    [Empty]

Trash    [Empty]

**Date:**    Wed, 15 Feb 2006 19:37:44 -0500

**From:**    joblisting@ynhh.org  🖼Add to Address Book  📱 Add Mobile Alert

**Subject:**    Received your information

**To:**    dolphinepowertimes2@yahoo.com

**My Folders**    [Hide]

Anton C.

BOT COMPUTERIZE...

Cathy C.

Christine C.

Heiddy O.

Jodi D.

Leslie

Leslie-Ann M.

Mike A.

Mrs. Coutermarsh

Rosanne C.

Sharon O

Thank you for your interest in Yale New Haven Hospital.

We will review your background and qualifications against the requirements of the position for which you applied. If you are selected for an interview, you will be contacted by a member of our recruitment staff; otherwise we will retain your application for 1 year to review against our future needs.

Due to the volume of applications we receive, we are sorry that we cannot respond to telephone inquiries regarding the status of your application.

Again, thank you for including Yale-New Haven Hospital in your job search.

Human Resources Department
Yale New Haven Hospital

| **Delete** | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾ |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

**See your credit score: $0**

**Wachovia Free Checking-Open Now**

**$150K loan as llow as $579/mo.***

**Earn a degree in 1 yr.**

| **Check Mail** | **Compose** | | **Search Mail** ▾ | **Search the Web** |

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.

http://us.f375.mail.yahoo.com/ym/ShowLetter?MsgId=264_36279_14758_1157_669_0_5...    8/14/2006



## TTWS
Ticket to Work Services, LLC
45 Wintonbury Avenue, Suite 318
Bloomfield, CT 06002
800-604-8897
www.tickettoworkservices.com

Steven B. Sachs, Ph.D., Director

August 11, 2006

Lt. Governor Kevin B. Sullivan
State Capitol, Room 304
Hartford, CT  06106

RE:  Employing People with Disabilities
     & the SSA Ticket to Work Program

Dear Lt. Governor Sullivan:

Given your exemplary and tireless advocacy work, I'm writing this letter on behalf of Ms. Sheida Golchin and many persons with disabilities who face often insurmountable odds of being successfully employed.

Ms. Golchin's inability to obtain employment in Connecticut in spite of her perseverance, strong work history and educational background, illustrates a deeper problem about employers' reluctance to hire persons with disabilities.  In my "travels" providing services across a wide range of disability groups and across the nation for many years, I see her story repeated over and over again.

Ms. Golchin, and the many other beneficiaries we serve through the SSA Ticket to Work Program, agreed to participate for the expressed purpose of achieving self-sufficiency by returning to work and removing themselves from dependence on SSDI benefits.  Yet, in spite of the help we provide and their hard work, they are faced with many months (or years) of frustration and eroding self-esteem, further compounding their disability.

I will continue to do what I can to help people with disabilities lead productive lives and contribute to their communities.  I know that you are doing the same, and I thank you for that.

Warm Regards,

Steven B. Sachs, Ph.D.