```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


SHEIDA GOLCHIN                        :
                                      :
     Plaintiff,                       :
                                      :
v.                                    :      No. 3:01CV903(DJS)
                                      :
STATE OF CONNECTICUT,                 :
DEPARTMENT OF CORRECTIONS,            :
UNIVERSITY OF CONNECTICUT             :
HEALTH CENTER, and CONNECTICUT        :
COMMISSION ON HUMAN RIGHTS AND        :
OPPORTUNITIES,                        :
                                      :
     Defendants.                      :
```

## ORDER

Plaintiff, Sheida Golchin, has submitted a second "Motion to Address the Honorable Court," which is attached hereto.  The Clerk of the Court shall docket the attached document.

The above-captioned matter was filed on May 21, 2001, when Golchin was granted leave to proceed in forma pauperis.  The court dismissed this case on November 30, 2001, when it granted defendants' motion to dismiss.  In June 2006, Golchin filed her first "Motion to Address the Honorable Court," in which she sought to re-open her case.  On June 9, 2006, this court denied Golchin's motion without prejudice.  The court observed,

> Golchin speaks of fraud and deceit in her papers, but her allegations are vague.  If she wishes to re-open her lawsuit, she must provide specific details of the fraud, and must show how the fraud she speaks of prevented her from prosecuting her case the first time. If Golchin wishes to make a claim about things that happened to her that are not related to her first lawsuit, or things that happened to her after her

      lawsuit was dismissed, she must file another lawsuit
      against those responsible for violating her rights.

(Dkt. # 34.)

Golchin's new "Motion to Address the Honorable Court" appears to seek relief for violations of the Americans with Disabilities Act ("ADA"); but once again, her allegations are vague.  In support of her motion, Golchin submits the following: a copy of a letter, written by Steven B. Sachs, Ph.D., dated August 11, 2006; a copy of her resume; and a printout of email correspondence from both Griffin Hospital and Yale-New Haven Hospital regarding Golchin's employment applications.[1]  In her motion, Golchin alleges that she "requested for the following letter to be written on behalf of the Disabled population in Connecticut . . . ," and that the letter "pertains to my work related injuries suffered at the Department of Corrections/University of Connecticut Correctional Managed Care and Docket # 3:01-cv-00903-DJS."  The court has reviewed Golchin's motion and supporting documentation and finds that Golchin is trying to assert a claim for things that happened to her after her lawsuit was dismissed on November 30, 2001. Further, Golchin has not shown that the letter or the events alleged in her motion are related to her 2001 lawsuit against the State of Connecticut, the Department of Corrections, the

---

[1] The email from Griffin Hospital is dated March 21, 2006, and the email from Yale-New Haven Hospital is dated February 15, 2006.

University of Connecticut Health Center, and the Connecticut Commission on Human Rights and Opportunities.  This court, in its order of June 9, 2006, explained to Golchin that she must file another lawsuit against those responsible for violating her rights should she wish to litigate claims about things that happened to her that are not related to her first lawsuit, or things that happened to her after her lawsuit was dismissed. Accordingly, to the extent Golchin now seeks relief under the ADA, her request is denied without prejudice. Should Golchin wish to pursue these claims, she must file a new lawsuit.

Further, the court finds that Golchin did not comply with its order of June 9, 2006, which read, "A copy of any document filed with this court pertaining to the above-captioned lawsuit must be sent to opposing counsel in this case, and Golchin must indicate in her court documents that she has done so." (Dkt. # 34).  The document Golchin filed with this court did not indicate that she sent opposing counsel a copy of her motion. Accordingly, to the extent Golchin seeks to have the court re-open her case, her request is denied without prejudice.

For the reasons set forth herein, Golchin's second **"Motion to Address the Honorable Court,"** is **DENIED without prejudice**. The plaintiff must do the following to pursue any claims she may have: (1)  If Golchin wishes to reopen her case, she must file a copy of her motion with opposing counsel and indicate in writing

-3-

to the court that she has filed a copy with opposing counsel; or (2) if she wishes to assert claims for things that happened to her after her lawsuit was dismissed, she must file a new lawsuit.

So ordered this __25th___ day of August, 2006.

/s/DJS

_____
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**