Confidential

# Motion To Address The Honorable Court

re: Docket # 3:01-CV-00903-DJS

name: Golchin VS. Department of Corrections
University of Connecticut
Comission on Human Rights
and opportunities

Filed: Hartford, CT.

Attention: Honorable Dominik Squarito

In reference to the August 25th, 2006 response from Judge Squarito, I request that the Court is made aware of the fact that I never recieved your response, and that I became informed of it's existance sometime in December during my college break, when I contacted the Clerks office in becoming informed of your reply, which I had been waiting for since the time of filing.

Due to this reason, I respectfully request that Judge Squarito and the Honorable Court recieve my motion regarding the following request which I would like to bring to the Court's attention please. thankyou.

Based on this reason, I respectfully request that all communication from now on be done by Certified Mail to my residance please.

Confidential

Motion requesting for order to reinstate my medical & educational Benefits and rights under Circumstances stated in my request for assistance for help to the Honorable Court in Writing and by Certified Mail.

re: Docket # 3:01-Cv-00903-DJS

name: Golchin VS. Department of Corrections
University of Connecticut
Comission of Human Rights and Opportunites

Filed: Hartford, CT.

Attention: Honorable Dominik Squarito

Currently as a disabled person, residing in my home State of Connecticut and having become disabled in the performance of my job while in full-time State Service, at the Department of Corrections medical division, I have not recieved medical benefits for services not covered under Medicare Part A and Part B, which is currently providing 100% of my medical treatments for 2006-2007.

These services concern the need for me to see a dentist, which I have not seen for some time and need to see due to the constant pain I suffer from tooth aches.

Podiatry is another service which is not covered by medicare and for which I would like to see a podiatrist for, because my feet hurt.

At the time of my job related injury leading to becoming disabled as a direct result of the employer's refusal to comply with Mediation agreement signed on June 20th, 1998 and the retalliation which followed afterwards when my case had been dismissed under these circumstances I was denied my Worker's Compensation, line of Duty and right to a 25 year pension which the employers forcefully took from me.

This inappropriate & illegal behavior since the violations which begun in the fall of 1997 to the fall of 2005, when the 4th & final case filed fraudulently against me were found to have no merit, resulted in severe medical & mental anguish

which the employers inflicted by breaching medical and mental records, violating federal and state law and signing legal agreements, in which they have had no intention of honoring through their unprofessional, reckless and intentional infliction of emotional distress on me & my family through this improper and unlawful behavior, your Honor.

The reason, because I filed charges due to the fact that I was being sexually harrassed, threatened and abused and seeing my co-workers subjugated to similar conduct for doing what was right in reporting this unlawful conduct.

As defined by the Merriam's Webster Dictionary of Law, page 243 Infliction of Mental Distress, and or emotional distress is and I quote: the tort of intentionally or negligently causing emotional distress - called also infliction of mental distress; see also emotional distress.

As a direct result of this abuse, I suffered severely aside from being exposed to diseases which I cannot pronounce in this motion, in requesting for the Attorney General of Connecticut to grant an LOD for having suffered this while in performance of my duty to my State. So that I may be able to receive the necessary medical & educational benefits for which I am entitled to by law and for which I earned through employment with the State, where I became seriously injured leading to disability.

Currently, I have been denied employment opportunities in the State of Connecticut your Honor, the employers say because, I have no College education, therefore if I can get a job at all which they have not afforded me in any case, it would be as a part-time employee, I cannot work with no medical benefits, due to the fact that part-time employment does not provide these benefits. So, I currently work as a Work-Study student, however the State still is denying me my Medical insurance, which would cover services such as dental care, which my Medicare part A & B do not cover and seeing the podiatrist.

As a direct result of this retaliatory behavior, I was arrested and had to go through 4 Court cases, I was also told the arrest records will not be erased, so I am now also banned from State & Federal employment because of this employer.

So, how am I going to work, when I have no medical benefits, before I worked for these employers I was a Federal Hospital administrator with no record, Now I am a disabled, retaliated State Veteran who lost 2 pensions: 1) from the CT Army National Guard, where I had been just promoted to S-3 operations Division / Battalion level & 2) the pension I lost when this employer took my job away from me forcefully based on prejudiced reasons, in breaching private records of a disabled sibling and a contract which they knowingly breached and then retaliated, after they had dismissed my case with you & the Court.

The Attorney General of Connecticut needs to take these circumstances into consideration as does the federal Court, your Honor.

I entered into my agreement for mediation in sincerity, however the employers through their representatives did not. This is misleading their true motives to the Court and myself and is underhanded and illegal conduct.

I have lost a total of 9 years+, when I could have been working, completing my education and getting married and on with my life.

These people denied me this, and in doing so have violated my rights in the pursuit of my right to happiness, which is my right under the Constitution of the United States and as a citizen and resident of this country and under ADA Law of 1990.

In addition, I also wanted to see the Court, prior to the offer of this shady mediation offer, due to the fact, that I had knowledge of the theft prior to it's discovery by the legal Department in this State and wished to address this matter to you and the Court as well due to the fact that I could not disclose the matter to the Management because they were involved in the embezzlement.

The State's representatives who happen to have been the employers attorneys in this case never allowed me this opportunity, they judged me prematurely and put me through 4 Court cases, until they found they had made a mistake, where I was concerned.

Aside from the Medical and Mental anguish which I have needlessly suffered as a direct result of the employers negligent which I know was inflicted intentionaly against me and my case with the Court, I never received an Line of Duty statute, so that I may be able to receive my medical & educational benefits at last so I can get on with my life.

Of course a worker's compensation package was never granted either, and I never received a pension as well on a 25 year I worked very hard to earn and I lost my military pension as well, to work for these employers which equaled 20 years. In addition due to the 4 retaliatory arrests, I lost my job at the Southern CT. Cable Company, when I was abducted by the police one evening, while I and a co-worker were on our dinner break, while at work. This arrest was based on a fradulant "threatening" complaint which the employers Attorneys filed falsely to prevent me from coming back to court in addressing the breaches which they comitted once they dismissed the case with the court so that they would avoid liability regarding this matter and my job related injuries.

Basically your Honor and members of the Court they destroyed everything I built from the age of 20 years old, I am now 37, 17 years of my sweat and tears, gone. Why, because in the eloquent words of the Ast. Attorney General of Connecticut and I quote her:

" Miss Golchin, We (The State) are not going to forget that you filed charges against us and we are going to make you pay for this "

She was the Attorney representing these employers, this is the treatment I received, for 9½ years, after she filed her false Complaint, the CHRO Attorney followed, then I was abducted from my Job at the Cable Company, which happen to be down the street from the Department of Corrections on 1106 North Ave. in Bridgeport, CT. because I had found a good Job and I wanted to get on with my life. this was not even afforded me, your Honor.

Between 2001-2003, they arrested me again, while I was in my house in my underwear, why? because this employer had filed these fradulant Complaints in retalliation after the dismissal which they planned, so they could punish me. I can give the Court the dates, the names, everything... I know how they did this, I spent everything I had to find out, O.K., remember I had to hire criminal defense Attorneys, your Honor. I found out. So based on these reasons I respectfully request for my Medical & educational benifits, your Honor and Attorney General Blumenthal in writing please.

Why? Because I earned these benefits. While others my age were going to college and dating and enjoying their youth, I put aside my own educational and professional goals and pursuits to serve my Country and the State of Connecticut because there was a war going on. I also gave up getting married, which I always wanted to do because my fiance told me if I wanted to marry him I had to chose between him or the military. I chose to serve My Country, because she needed me.

I love you all that much, I want to now complete these goals, which I put aside for the honorable Service to my Country and the State of CT. Like the College degree I never had a chance to finish because of the war or the marriage husband and family I've never had the opportunity in having, because of the lifestyle I had to lead. I put my Service, to you first, these are Sacrifices too.

It's time for the State of Connecticut and the Honorable Federal District Court, your Honor to afford me this right, in finishing these unfinished tasks which need to be Completed at this time.

Furthermore, I have a financial and personal obligation to helping my father Go Golden, who retires from State Service in 3 months (March 07) and my disabled younger brother Bardeya, whose Medical & Mental records were illegally used to deny me my employment rights and pension for a illness which I do not have. My Injuries are job related and it is based on this legitimate and truthful reason

that I request respectfully that this Motion be granted by the Court and Honored and enforced by the State of Connecticut and The Attorney General's office. I am the only one amongst my friends who hasn't completed College yet or had the opportunity to marry because of these reasons.

I am requesting that the Court and the State of Connecticut recognize my Honorable Service to State of Connecticut and to my Country, which I have fullfilled to all of you in and allow me the same Considerations and rights which I have ensured to others through my service, to all of you. To deny them to me is exhibiting prejudice and a violation of my rights in the pursuit of Happiness, in living my life.

Considering that I was put in a position during my state Service, which was not in my Control or did I have the opportunity in changing, by the actions of others who chose to behave in a manner which was harmful to me and the State of Connecticut. It is wrong to Continue to punish me for a Circumstance, I tried to stop with no to very little help and for which I have chosen to forgive those whose behavior directly Caused my injuries leading to disability due to my Christian beliefs, your Honor. I need help please, your Honor.

Respectfully,

Miss Sheid-Golchin
Disabled plaintiff in this Case
1/17/06

Case 3:01-cv-00903-DJS Document 37 Filed 01/19/2007 Page 11 of 30

PLAINT, INFORMATION **b :** BILL OF INDICTMENT at BILL 3b

**in·di·gence** \'in-də-jəns\ *n* **:** impoverished hardship and deprivation

**in·di·gent** \'in-də-jənt\ *adj* **:** suffering from indigence ⟨the ~ defendant was provided with counsel⟩ **— indigent** *n*

**in·dig·ni·ty** \in-'dig-nə-tē\ *n, pl* **-ties :** persistent and intolerable behavior toward a spouse esp. as a manifestation of settled estrangement

**indirect contempt** — see CONTEMPT

**indirect evidence** — see EVIDENCE

**indirect loss** — see LOSS

**in·di·rect tax** \,in-də-'rekt-, -dī-\ *n* **:** EXCISE

**in·dis·pen·sa·ble** \,in-di-'spen-sə-bəl\ *adj* **:** having rights so connected to the claims of the parties to an action that the action cannot be adjudicated without affecting those rights — see also *indispensable party* at PARTY

**indispensable party** — see PARTY 1b

**in·di·vid·u·al action** *n* **:** DIRECT ACTION 2

**individual policy pension trust** — see TRUST

**individual re·tire·ment account** *n, often cap I&R&A* **:** IRA

**in·di·vis·i·ble** \,in-də-'vi-zə-bəl\ *adj* **:** consisting of one whole whose parts cannot be divided or treated individually ⟨an ~ obligation⟩ **— in·di·vis·i·bil·i·ty** \-,vi-zə-'bi-lə-tē\ *n* **— in·di·vis·i·bly** *adv*

**in·di·vi·sion** \,in-də-'vi-zhən\ *n, in the civil law of Louisiana* **:** a state of undivided wholeness **:** state of being owned by two or more co-owners each having an undivided interest in the property as a whole ⟨an estate held in ~⟩ ⟨they receive this usufruct in ~ —*Louisiana Civil Code*⟩ — see also *ownership in indivision* at OWNERSHIP

**indorse, indorsee, indorsement, indorser** *var of* ENDORSE, ENDORSEE, ENDORSEMENT, ENDORSER — used primarily in the context of the Uniform Commercial Code

**in·duce·ment** \in-'düs-mənt, -'dyüs-\ *n* **1 :** factual matter presented by way of introduction or background to explain the principal allegations of a legal cause (as of slander or libel) — compare INNUENDO **2 :** a significant offer or act that promises or encourages ⟨the ~*s* amounted to entrapment⟩

**in·dus·tri·al union** *n* **:** a labor union that admits to membership workers in an industry regardless of their occupation or craft — compare CRAFT UNION

**in·ef·fec·tive assistance of counsel :** representation of a criminal defendant that is so flawed as to deprive the defendant of a fair trial ⟨claimed *ineffective assistance of counsel* following his conviction⟩ — called also *ineffective assistance* ◇ Ineffective assistance of counsel is a violation of the guarantee of the assistance of counsel that is provided in the Sixth Amendment to the U.S. Constitution. A claim of ineffective assistance of counsel may be brought as a result of government interference with the attorney-client relationship that precludes effective representation, as when an informant is present during conversations between the attorney and the defendant. The existence of a conflict of interest on the part of the attorney may also be the basis for a claim. Most claims are, however, based on the attorney's failure to provide competent representation. Competent representation does not require the best representation, only a performance that is reasonable under prevailing professional norms.

**in·eq·ui·ta·ble** \in-'e-kwi-tə-bəl\ *adj* **:** contrary to the principles of equity **:** not fair or just ⟨~ conduct⟩ **— in·eq·ui·ta·bly** *adv*

**in·eq·ui·ty** \in-'e-kwə-tē\ *n, pl* **-ties :** INJUSTICE; *also* **:** an instance of injustice

**in esse** \in-'e-sē, -sā\ *adv or adj* [Medieval Latin] **:** in actual existence — compare IN POSSE

**in·ev·i·ta·ble accident** \in-'e-vi-tə-bəl-\ *n* **:** an accident not caused by human negligence — compare ACT OF GOD, FORCE MAJEURE, FORTUITOUS EVENT

**inevitable discovery** *n* **:** a doctrine in criminal law: evidence obtained by methods that are unconstitutional may be admissible if it would have been inevitably discovered without the unlawful methods — compare FRUIT OF THE POISONOUS TREE, INADVERTENT DISCOVERY, INDEPENDENT SOURCE, PLAIN VIEW

**in fa·cie cu·ri·ae** \in-'fā-shē-'kyůr-ē, -'fā-shē-,ē-'kyůr-ē-,ē; in-'fä-kē-e-'kü-rē-,ī\ *adv or adj* [New Latin] **:** before or in the presence of the court ⟨contempt *in facie curiae*⟩

**in·fa·mous** \'in-fə-məs\ *adj* **:** of, relating to, or being a crime punishable by imprisonment (as a year or more in a penitentiary) that can lead to loss of rights and privileges upon conviction; *also* **:** convicted of such a crime

**in·fan·cy** \'in-fən-sē\ *n, pl* **-cies 1 :** the legal status of an infant **:** MINORITY **2 :** the affirmative defense of lacking legal capacity (as to make a contract or commit a crime) because of being too young and esp. because one's age is below an age set by statute

**in·fant** \'in-fənt\ *n* **:** a person who is not of the age of majority **:** MINOR — compare ADULT

**in·fan·ti·cide** \in-'fan-tə-,sīd\ *n* **:** the killing of a newly or recently born child

**in fa·vor·em li·ber·ta·tis** \,in-fə-'vōr-əm-,li-bər-'tā-təs, ,in-fä-'vō-rem-,lē-ber-'tä-tēs\ [Late Latin] **:** in favor of freedom or liberty ⟨any doubt as to the free use of immovable property must be resolved *in favorem libertatis* —*Louisiana Civil Code*⟩

**in·fer** \in-'fər\ *vb* **in·ferred; in·fer·ring** *vt* **:** to derive as a conclusion from facts or premises ⟨could ~ acceptance of the offer from the offeree's response⟩ **—** *vi* **:** to draw inferences **— in·fer·able** *also* **in·fer·ri·ble** \in-'fər-ə-bəl\ *adj*

**in·fer·ence** \'in-fə-rəns\ *n* **1 :** the act or process of inferring; *specif* **:** the act of passing from one proposition, statement, or judgment considered as true to another whose truth is believed to follow logically from that of the former **2 :** something inferred; *esp* **:** a proposition arrived at by inference — see also *permissive presumption* at PRESUMPTION **3 :** the premises and conclusions of a process of inferring

**in·fer·en·tial** \,in-fə-'ren-chəl\ *adj* **1 :** relating to, involving, or resembling inference **2 :** deduced or deducible by inference

**in·fer·en·tial·ly** *adv* **:** by way of inference **:** through inference

**in·fe·ri·or** *adj* **:** of lower status, rank, or priority

**inferior court** *n* **:** a court that is subordinate to and whose decisions are subject to review by the highest court in a judicial system (as of a state or country); *specif* **:** a court having limited and specified jurisdiction rather than general jurisdiction

**in·feu·da·tion** \,in-fyü-'dā-shən\ *n* [Medieval Latin *infeudatio*, from *infeudare* to enfeoff, from *in-* in + *feudum* feoff] **:** ENFEOFFMENT

**in fi·e·ri** \,in-'fē-ə-rē\ *adj* [Medieval Latin] **1 :** being in the process of accomplishment **:** PENDING **2 :** beginning to have existence **:** not yet completely formed

**in flagrante delicto** *adv* **:** FLAGRANTE DELICTO

**in·flam·ma·to·ry** \in-'fla-mə-,tōr-ē\ *n* **:** tending to cause anger, animosity, or indignation ⟨the use of an alias by a defendant is . . . almost always ~ —F. D. Doucette⟩ ◇ Evidence, and esp. photographic evidence, may be deemed inadmissible if its inflammatory nature seriously outweighs its probative value or relevance. The mere fact that evidence is graphic or gruesome, however, is not enough to render it inadmissible.

**in·flic·tion of emotional distress :** the tort of intentionally or negligently causing emotional distress — called also *infliction of mental distress;* see also EMOTIONAL DISTRESS

**in·flu·ence** *n* **1 a :** the act or power of

\ə\abut \ᵊ\kitten \ər\further \a\ash \ā\ace \ä\cot, cart \au̇\out \ch\chin \e\bet \ē\easy \g\go \i\hit \ī\ice \j\job \ŋ\sing \ō\go \ȯ\law \ȯi\boy \th\thin \t͟h\the \ü\loot \u̇\foot \y\yet \zh\vision *see also* Pronunciation Symbols page

From: Merriam Webster's Dictionary of Law:

# Academy presents high school, elementary honors

June 84 - 85

School-wide awards were presented at the recent graduation program of Salamanca Christian Academy, held at Prospect Elementary School.

Announcing the student achievements was William Ferguson Sr., Academy administrator and high school supervisor.

On the high school level, award to a girl with the highest average went to Sheida Golchin, with 92.8 percent. Boy with the highest average is David Whitcomb, with 94 percent. Both students received trophies for their accomplishments.

David was also honored for completion of the most "paces," or units of work, identified as 64, earning him a second trophy.

Second highest number of "paces" was completed by Miss Golchin, presented a plaque for completion of 63 units of work.

Plaques for the second highest averages went to Leon Simpson, with 93.8 percent and Sheila Ray, with 92.3 percent.

Third highest average in the high school was achieved by Heather Jackson, presented with a certificate.

Honored for the best high school " (individual learning cen- Jarrod Ray, earning him a

eenagers sharing honors for most improvement on the high school level were Brian Sanders and Craig Emerson, both awarded trophies.

Recognition for high school perfect attendance went to David Whitcomb.

On the elementary level, boy with the highest average of 97 percent was Max Ling, awarded a trophy. A similar award was presented to a girl, Dawn Whitcomb, with a 96.66 average.

Second highest averages were achieved by Nancy Ferguson, with 96.58, and Doug Whitcomb, with 95. Both were awarded plaques.

Honored for completing the most work were Nancy Ferguson, recipient of a trophy for completing 101 "paces" or units of work and Dawn Whitcomb, recipient of a plaque for completing 84 "paces."

Award for the best "office" or individual study center on the elementary level went to Kandy Oaks, earning her a trophy.

Three elementary students earned perfect attendance certificates: Dawn Whitcomb, Nancy Ferguson, and Bardeya Golchin. - my brother

In the Home Studies department, Jennifer Palmer earned two trophies. These were for the highest average of 99.09 percent and for completing a total of 102 complete units of work.



Fairfield High School
FAIRFIELD
CONNECTICUT
QUI TRANSTULIT SUSTINET

This Certifies That

Sheida Golchin

has completed the requirements for graduation prescribed by the Board of Education for the High School and is entitled to this

# Diploma

Given at Fairfield, Connecticut, this month of June, 1988.

Larry W. Dougherty
Superintendent of Schools

Carol B. Duggan
Chairman Board of Education

Robert S. Genualdi
Headmaster of High School

Deborah M. Dowd
Secretary Board of Education

## TARY NEWS

### training

sic training in the U.S. Forces has been completed ional residents, including:

my **Reserve Pvt. Pedro J.**, son of **Nirza Nieves** and **Flores** of Bridgeport and a graduate of Harding High l, at Fort Knox, Ky.

Force **Airman Joanna S.** sia, ter of and **Mrs.** Nasta- f Bridge- and a graduate llard- ns Tech- School, at and Air Base, Antonio, s.

NASTASIA

rmy **Pvt. Efrain T. Collazo**, of **Donna L. DeLuca** of Bridge- and a 1992 graduate of Central School, at Fort Jackson, Co- ia, S.C.

avy **Airman Apprentice Bruce** hrop, son of **Bruce** and **Linda** orthrop of Georgetown and a

Coast Guard **Seaman Apprentice Michael A. Sloditskie**, son of **Charles A.** and **Therese Sloditskie** of Stratford and a 1990 graduate of Bunnell High School, at Coast Guard Recruit Training Center, Cape May, N.J.

Marine **Pfc. Garth R. Hassell**, son of **Reyna S. Pickus** of Stratford and a 1992 graduate of Bunnell High School, was meritoriously promoted to his present rank upon completion of recruit training at Marine Corps Recruit Depot, Parris Island, S.C.

1988 graduate of Joel Barlow High School, at Recruit Training Center, San Diego, Calif.

Air Force **Airman Lamar R. Brown**, son of **Nancy R. Brown** of Bridgeport and a 1992 graduate of Central High School, at Lackland Air Force Base, San Antonio, Texas.

BROWN

Army Reserve **Pvt. Carole C. Campbell**, daughter of **Lynn E.** and **Astley R. Campbell** of Bridgeport and a 1992 graduate of Central Magnet High School, at Fort Jackson, Columbia, S.C.

Army National Guard **Pvt. Sheida Golchin**, daughter of **Tamioor Golchin** of Fairfield and a 1988 graduate of Fairfield High School, at Fort Leonard E. Wood, Waynesville, Mo.

GOLCHIN

Army **Pvt. Luis M. Reyes**, son of **Luis Reyes** of Bridgeport and a 1990 graduate of Bullard-Havens Technical School, at Fort Jackson, Columbia, S.C.

Air Force **Airman Paul J. Christie**, son of **Arthur J.** and **Nancy J. Christie** of Stratford and a 1988 graduate of Stratford High School, at Lackland Air Force Base, San Antonio, Texas.

### Reported for duty

Regional residents who have reported for duty recently in the U.S. Armed Forces include:

Army **Spec. David A. Johnson**, son of **Neil D.** and **Shirley A. Johnson** of Newtown and a graduate of Newtown High School and Fordham University, the Bronx, N.Y., at Fort Lewis, Tacoma, Wash., as a cannon crewman.

Air Force **Tech. Sgt. Joseph J. Donovan**, son of **James R. Donovan** of Ansonia and a 1978 graduate of Ansonia High School, at RAF Lakenheath, Lakenheath, England, as a tactical aircraft maintenance technician.

Air Force **2nd Lt. April T. Helms**, daughter of **Archie H.** and **Rebecca D. Helms** of Bridgeport and a graduate of Central High School and Howard University, Washington, D.C., at Moody Air Force Base, Valdosta, Ga., as a physician assistant.

Marine **Lance Cpl. Geoffrey K. Oliver**, son of **Donald R. and Patricia A. Oliver** of Bethel and a 1988 graduate of Bethel High School, with the 2nd Low Altitude Air Defense Battalion, 2nd Marine Air Wing, Marine Corps Air Station Cherry Point, N.C.

Air Force **Senior Airman Barrington E. Bartlett**, son of **Shirley D. Douglas** of Stratford and a 1989 graduate of Stratford High School, at Elmendorf Air Force Base, Anchorage, Alaska, as an aircraft structural maintenance specialist.



# STATE OF CONNECTICUT

*ADJUTANT GENERAL'S OFFICE*

HARTFORD, CONNECTICUT 06105-3795

MCTGC

MEMORANDUM FOR Individual Concerned

SUBJECT: Recognition of Achievements

1. The Connecticut National Guard is only as effective as the dedicated people which fill our ranks.

2. Congratulations on your recent achievements highlighted in the enclosed newspaper article. This clearly indicates your personal commitment to our mission and goals. I am proud to have you as a member of the Connecticut National Guard.

3. Thank you for your continued service.

DAVID W. GAY
Major General
the Adjutant General

DEPARTMENT OF THE ARMY

# CERTIFICATE OF TRAINING

Is Awarded to

PV1 SHEIDA GOLCHIN

For Successfully Completing

BASIC COMBAT TRAINING
COMPANY B, 2-10TH INFANTRY, 3D BRIGADE
CLASS 12292

Given at Fort Leonard Wood, Missouri
On 8th OCTOBER 1992

STEPHEN D. COOPER, CPT, IN
Commanding

FLW Form 469 (1 Jul 91)

# Academy of Health Sciences, US Army
# Diploma

PV2 SHEIDA GOLCHIN

has successfully completed the

**Patient Administration Specialist Course**
**513-71G10**

Given at Fort Sam Houston, Texas,
from 3 May 1993 to 25 June 1993.

Colonel, MS Dean
Medical Field Service School

Major General, Medical Corps
Commandant

AMEDDC&S Form 205, 1 Dec 92
(Previous editions may be used)

records; arranges appropriate patient placement; prepares daily admission and disposition reports; accounts for and safeguards funds received and deposits of patient funds and valuables; classifies, indexes, and files medical records; prepares medical research service to professional staff; prepares correspondence relating to medical records, medical board proceedings, investigation reports, eligibility for health benefits; reviews medical boards for completeness and compliance with directives; coordinates actions required for period re-examination of persons on Temporary Disabled Retired List; assists in handling seriously ill and death cases by assisting survivors in making necessary arrangements. *Skill Level 40:* Able to perform the duties required for Skill Level 20; supervises and coordinates medical administrative activities; provides information to physicians, attorneys, insurance companies, or government agencies; requisitions supplies; assists in medical emergency operations planning; serves as office manager, supervising up to 29 persons; plans work schedules; assigns duties and instructs personnel in work techniques and procedures.

**Recommendation, Skill Level 20**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, 2 semester hours in medical administrative techniques, 2 in business communications, 2 in medical record keeping, 2 in filing and medical records management, 2 in medical terminology, 2 for field experience in medical office procedures, 1 in medical statistical reporting, and 1 in human relations (11/75).

**Recommendation, Skill Level 40**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, 3 semester hours in medical office management, 2 in medical terminology, 2 in medical administrative techniques, 2 in business communications, 2 in medical record keeping, 2 in filing and medical records management, 2 in human relations, 2 in personnel management, and 1 in medical statistical reporting. In the upper-division baccalaureate category, 3 semester hours for field experience in office management, 2 in introduction to management, and 1 for field experience in hospital administration (11/75).

## MOS-71G-002

PATIENT ADMINISTRATION SPECIALIST

71G10
71G20
71G30
71G40
71G50

**Exhibit Dates:** 9/77–3/92.

**Career Management Field:** 91 (Medical), subfield 914 (Medical Support).

**Description**

*Summary:* Supervises or performs administrative duties in patient administration division of hospital or other medical activity. *Skill Level 10:* Performs patient administrative duties; applies knowledge of basic medical terminology, including construction or composition of medical terms; applies knowledge of provisions and limitations of Freedom of Information and Privacy Acts; receives patients being admitted to medical facility; interviews patients and reviews records and available data to obtain necessary information for preparation of admission records, including patient data cards and appropriate records and forms depending upon type of patient, illness or injury, and urgency of required treatment; receives valuables and monies from patients and deposits into patient's trust fund; initiates required notification of patient admission to unit commanders or other headquarters; compiles data for preparation and prepares daily admission and disposition reports; performs administrative duties and prepares appropriate forms to process and report very seriously ill patients and personnel including notification of next of kin and progress reports; prepares and dispatches casualty reports; prepares appropriate forms or letters and performs necessary administrative duties to evacuate or transfer patients to other medical facilities; completes forms and reports and performs tasks regarding disposition of personal effects; computes various charges for pay patients; performs administrative action involving third party liability; applies knowledge of administrative terminology to medical records; keeps repository for military health records and dependents' medical records of hospital, clinics, outpatient service, or dispensary; classifies, indexes, and files record folders in repository; reviews medical record for adequacy and completeness based upon nature of case and treatment given; answers inquiries and provides information on medical records; compiles statistical data pertaining to admission, diagnosis, treatment, and disposition of patients; prepares statistical tables, charts, and graphs on medical data; prepares reports and data on births, deaths, and reportable conditions for submission to military and civilian health authorities and to appropriate legal and governmental agencies; initiates correspondence pertaining to medical records, medical board proceedings, and lines of duty investigation; answers inquiries on results of board actions, eligibility for medical care under Uniform Service Health Benefit Program; prepares necessary medical forms to convene the medical board to determine medical fitness for duty; types military and nonmilitary letters, endorsements, disposition forms, messages, and special medical forms and documents in draft and final form; maintains nonmedical files. *Skill Level 20:* Able to perform the duties required for Skill Level 10; provides technical guidance to Skill Level 10 personnel; performs administrative duties in medical, surgical, or similar department of the hospital, including obtaining record from repository, posting entries onto medical record, returning record, and coordinating administrative responsibilities with other departments. *Skill Level 30:* Able to perform the duties required for Skill Level 20; supervises lower skill level personnel; assigns tasks to subordinate personnel to affect orderly flow of workload and ensure timely accomplishment of tasks inherent to patient record keeping and the movement of patients; instructs subordinate personnel in performance of assigned tasks and instills understanding of need for timely completion and posting of records in an exacting manner with an appreciation of the sensitivity and confidentiality of the actions performed. *Skill Level 40:* Able to perform the duties required for Skill Level 30; supervises a medium-sized patient administration activity or hospital department. *Skill Level 50:* Able to perform the duties required for Skill Level 40; supervises a large patient administration activity or hospital department.

**Recommendation, Skill Level 10**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, 2 semester hours in medical administrative techniques, 2 in medical record keeping, 2 in medical records administration, 2 in medical terminology, and 1 typing (1/82).

**Recommendation, Skill Level 20**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, 2 semester hours in medical administrative techniques, 2 in medical record keeping, 2 in medical records administration, 2 in medical terminology, 1 in typing, 2 in personnel supervision, and 1 in medical statistical reporting (1/82).

**Recommendation, Skill Level 30**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, 2 semester hours in medical administrative techniques, 2 in medical record keeping, 2 in medical records administration, 2 in medical terminology, 1 in typing, 2 in personnel supervision, 1 in medical statistical reporting, 2 in business communications, and 1 in human relations (1/82).

**Recommendation, Skill Level 40**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, 2 semester hours in medical administrative techniques, 2 in medical record keeping, 2 in medical records administration, 2 in medical terminology, 1 in typing, 3 in personnel supervision, 1 in medical statistical reporting, 2 in business communications, and 3 in human relations. In the upper-division baccalaureate category, 3 semester hours for field experience in office management, 2 for field experience in hospital administration, and 2 in introduction to management (1/82).

**Recommendation, Skill Level 50**

In the vocational certificate category or in the lower-division baccalaureate/associate degree category, the recommendation is the same as that for Skill Level 40. In the upper-division baccalaureate category, 3 semester hours for field experience in office management, 3 for field experience in hospital administration, and 3 in introduction to management (1/82).

## MOS-71G-003

PATIENT ADMINISTRATION SPECIALIST

71G10
71G20
71G30
71G40
71G50

**Exhibit Dates:** 4/92–Present.

**Career Management Field:** 91 (Medical).

**Description**

*Summary:* Supervises or performs administrative duties in patient administration division of hospital or other medical activity. *Skill Level 10:* Performs patient administrative duties; applies knowledge of basic medical ter-




# ARMY/AMERICAN COUNCIL ON EDUCATION
# REGISTRY TRANSCRIPT

PAGE   1

TRANSCRIPT SENT TO:                          NAME: GOLCHIN SHEIDA
                                                   SSN: 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
    PVT SHEIDA GOLCHIN                             RANK:
    212 KINGS HWY                                      PRIVATE, E2
    FAIRFIELD CT 06431                             MILITARY STATUS:
                                                       ACTIVE
                                                   TIME IN SERVICE:
                                                       2 YEARS, 2 MONTHS
                                                   ACADEMIC LEVEL COMPLETED:
                                                       HS GRADUATE
94-15976
------------------------- MILITARY COURSE COMPLETIONS -------------------------

COURSE: BASIC TRAINING
        (RECRUIT TRAINING)                       ACE GUIDE ID NUMBER:
                                                     AR-2201-0399


    DESCRIPTION: UPON COMPLETION OF THIS PROGRAM OF INSTRUCTION, THE
    GRADUATING RECRUIT WILL BE ABLE TO DEMONSTRATE: 1) GENERAL KNOWLEDGE
    OF MILITARY ORGANIZATION AND CULTURE; 2) MASTERY OF INDIVIDUAL AND
    GROUP COMBAT SKILLS INCLUDING MARKSMANSHIP AND FIRST AID; 3)
    ACHIEVEMENT OF MINIMAL PHYSICAL CONDITIONING STANDARDS; AND 4)
    ABILITY TO SUCCESSFULLY APPLY BASIC SAFETY AND LIVING SKILLS IN THE
    OUTDOOR ENVIRONMENT. INSTRUCTION INCLUDES LECTURES, DEMONSTRATIONS,
    AND PERFORMANCE EXERCISES IN BASIC MILITARY CULTURE/SUBJECTS
    INCLUDING MARKSMANSHIP, PHYSICAL CONDITIONING, FIRST AID AND OUTDOOR
    ADAPTATION/LIVING SKILLS.

    ACE CREDIT RECOMMENDATION: IN THE LOWER-DIVISION
    BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 1 SEMESTER HOUR IN PERSONAL
    PHYSICAL CONDITIONING, 1 IN OUTDOOR SKILLS PRACTICUM, 1 IN
    MARKSMANSHIP, AND 1 IN FIRST AID.

                    --------------------------------

COURSE: PATIENT ADMINISTRATION SPECIALIST
        ACADEMY OF HEALTH SCIENCE                 ACE GUIDE ID NUMBER:
        FT SAM HOUSTON, TX                            AR-1400-0010


DATES TAKEN: 05/03/93-05/25/93   ARMY COURSE NUMBER: 513-71G10

    DESCRIPTION: UPON COMPLETION OF THE COURSE THE STUDENT WILL BE ABLE
    TO UNDERSTAND MEDICAL TERMS, AMEDD BASIC MEDICAL RECORDS
    ADMINISTRATION, MEDICAL STATISTICAL REPORTS AND PROCEDURES. LECTURES
    AND CLASSROOM EXERCISES IN PREPARATION, PROCESSING AND REVIEW OF
    MEDICAL RECORDS AND REPORTS; GENERAL ADMINISTRATIVE PROCEDURES.
***************** CONTINUED ON PAGE  2 ***************************




**ARMY/AMERICAN COUNCIL ON EDUCATION**
**REGISTRY TRANSCRIPT**

02/17/94

TRANSCRIPT SENT TO:
PV2 SHEIDA GOLCHIN
212 KINGS HWY
FAIRFIELD CT 06430

NAME: GOLCHIN SHEIDA
SSN: 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

------------------------ MILITARY COURSE COMPLETIONS ------------------------

ACE CREDIT RECOMMENDATION: IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 8 SEMESTER HOURS IN MEDICAL RECORDS TECHNOLOGY (4/33).

------------------------ MILITARY EXPERIENCE ------------------------

MILITARY OCCUPATIONAL SPECIALTIES HELD: 71G10 PRIMARY (06/93-PRESENT)

SKILL QUALIFICATION TESTS TAKEN: NONE

MILITARY OCCUPATIONAL SPECIALTY GROUP: 71G — ACE GUIDE ID NUMBER: MOS 71G-003
TITLE: PATIENT ADMINISTRATION SPECIALIST

DESCRIPTION OF 71G10: PERFORMS PATIENT ADMINISTRATIVE DUTIES; APPLIES KNOWLEDGE OF BASIC MEDICAL TERMINOLOGY, INCLUDING CONSTRUCTION OR COMPOSITION OF MEDICAL TERMS; APPLIES KNOWLEDGE OF PROVISIONS AND LIMITATIONS OF FREEDOM OF INFORMATION AND PRIVACY ACTS; RECEIVES PATIENTS BEING ADMITTED TO MEDICAL FACILITY; INTERVIEWS PATIENTS AND REVIEWS RECORDS AND AVAILABLE DATA TO OBTAIN NECESSARY INFORMATION FOR PREPARATION OF ADMISSION RECORDS, INCLUDING PATIENT DATA CARDS AND APPROPRIATE RECORDS AND FORMS DEPENDING UPON TYPE OF PATIENT, ILLNESS OR INJURY, AND URGENCY OF REQUIRED TREATMENT; RECEIVES VALUABLES AND MONIES FROM PATIENTS AND DEPOSITS INTO PATIENT'S TRUST FUND; INITIATES REQUIRED NOTIFICATION OF PATIENT ADMISSION TO UNIT COMMANDERS OR OTHER HEADQUARTERS; COMPILES DATA FOR PREPARATION AND PREPARES DAILY ADMISSION AND DISPOSITION REPORTS; PERFORMS ADMINISTRATIVE DUTIES AND PREPARES APPROPRIATE FORMS TO PROCESS AND REPORT VERY SERIOUSLY ILL PATIENTS AND PERSONNEL INCLUDING NOTIFICATION OF NEXT OF KIN AND PROGRESS REPORTS; PREPARES AND DISPATCHES CASUALTY REPORTS; PREPARES APPROPRIATE FORMS OR LETTERS AND PERFORMS NECESSARY ADMINISTRATIVE DUTIES TO EVACUATE OR TRANSFER PATIENTS TO OTHER MEDICAL FACILITIES; COMPLETES FORMS AND REPORTS AND PERFORMS TASKS REGARDING DISPOSITION OF PERSONAL EFFECTS; COMPUTES VARIOUS CHARGES FOR PAY PATIENTS; PERFORMS ADMINISTRATIVE ACTION INVOLVING THIRD PARTY LIABILITY; APPLIES KNOWLEDGE OF ADMINISTRATIVE TERMINOLOGY TO MEDICAL RECORDS; KEEPS REPOSITORY FOR MILITARY HEALTH RECORDS AND DEPENDENTS' MEDICAL RECORDS OF HOSPITAL, CLINICS, OUTPATIENT SERVICE, OR DISPENSARY; CLASSIFIES, INDEXES, AND FILES RECORD FOLDERS IN REPOSITORY; REVIEWS MEDICAL RECORD FOR ADEQUACY AND COMPLETENESS BASED UPON NATURE OF CASE AND TREATMENT GIVEN; ANSWERS INQUIRIES AND PROVIDES INFORMATION ON MEDICAL RECORDS; COMPILES STATISTICAL DATA PERTAINING TO ADMISSION, DIAGNOSIS, TREATMENT, AND DISPOSITION OF PATIENTS; PREPARES STATISTICAL TABLES, CHARTS, AND GRAPHS ON MEDICAL DATA; PREPARES REPORTS AND DATA ON BIRTHS, DEATHS,

****************************** CONTINUED ON PAGE 3 ******************************





# ARMY/AMERICAN COUNCIL ON EDUCATION
# REGISTRY TRANSCRIPT

02/17/94

PAGE   3

TRANSCRIPT SENT TO:                          NAME: GOLCHIN SHEIDA
PVT SHEIDA GOLCHIN                            SSN: 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
310 KINGS HWY
FAIRFIELD  CT 06430


-------------------------- MILITARY EXPERIENCE -----------------------------
AND REPORTABLE CONDITIONS FOR SUBMISSION TO MILITARY AND CIVILIAN
HEALTH AUTHORITIES AND TO APPROPRIATE LEGAL AND GOVERNMENTAL
AGENCIES; INITIATES CORRESPONDENCE PERTAINING TO MEDICAL RECORDS,
MEDICAL BOARD PROCEEDINGS, AND LINES OF DUTY INVESTIGATION; ANSWERS
INQUIRIES ON RESULTS OF BOARD ACTIONS, ELIGIBILITY FOR MEDICAL CARE
UNDER UNIFORM SERVICE HEALTH BENEFIT PROGRAM; PREPARES NECESSARY
MEDICAL FORMS TO CONVENE THE MEDICAL BOARD TO DETERMINE MEDICAL
FITNESS FOR DUTY; TYPES MILITARY AND NONMILITARY LETTERS,
ENDORSEMENTS, DISPOSITION FORMS, MESSAGES, AND SPECIAL MEDICAL FORMS
AND DOCUMENTS IN DRAFT AND FINAL FORM; MAINTAINS NONMEDICAL FILES.

ACE CREDIT RECOMMENDATION FOR 71G10: IN THE LOWER-DIVISION
BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 4 SEMESTER HOURS IN
INTRODUCTION TO MEDICAL RECORD TECHNOLOGY AND 3 IN DIRECTED PRACTICE
IN MEDICAL RECORD TECHNOLOGY (4/92).


                    -------------------------------


MILITARY OCCUPATIONAL SPECIALTIES HELD: 92B10   DUTY

SKILL QUALIFICATION TESTS TAKEN: NONE

MILITARY OCCUPATIONAL SPECIALTY GROUP: 920        ACE GUIDE ID NUMBER:
TITLE: MEDICAL LABORATORY SPECIALIST                  MOS 920-003
    DESCRIPTION OF 92B10: RECEIVES, LOGS, AND FILES REQUESTS FOR
LABORATORY EXAMINATION AND ANALYSIS; RECEIVES, COLLECTS, AND LABELS
SPECIMENS; ASSEMBLES AND PREPARES SUPPLIES, EQUIPMENT, REAGENTS, AND
VARIOUS TYPES OF GLASSWARE, AND CALCULATES AND RECORDS RESULTS OF
ANALYSES; PERFORMS FORMALIN ETHER FECAL CONCENTRATIONS AND EXAMINES
CONCENTRATE FOR PRESENCE OF PARASITES; PREPARES THICK AND THIN BLOOD
SMEARS, PERFORMS GIEMSA STAIN TECHNIQUES, AND EXAMINES SMEAR FOR
PRESENCE OF PLASMODIUM SPECIES; DETERMINES ABO GROUP AND RH TYPE OF
BLOOD SPECIMENS; PERFORMS DIRECT AND INDIRECT ANTIHUMAN GLOBULIN
PROCEDURES; PERFORMS MICROHEMATOCRIT, MANUAL HEMOGLOBIN PROCEDURES,
AND MANUAL WHITE BLOOD CELL COUNTS; PREPARES THIN BLOOD FILM SLIDES
AND PERFORMS WRIGHT'S STAIN PROCEDURE, EXAMINES BLOOD FILMS TO
ENUMERATE NORMAL LEUCOCYTES, AND CONFIRMS NORMAL ERYTHROCYTE
MORPHOLOGY; PERFORMS ERYTHROCYTE SEDIMENTATION RATE PROCEDURES;
DETERMINES URINE-SPECIFIC GRAVITY AND PERFORMS CHEMICAL TESTS ON
URINE TO DETECT GLUCOSE, BENCE-JONES PROTEIN, BLOOD, KETONES, MUCIN,
OR BILAYUBIN; DETERMINES URINE PH, CONCENTRATES URINE FOR MICROSCOPIC
EXAMINATION, AND IDENTIFIES SQUAMOUS EPITHELIAL CELLS, WHITE BLOOD
CELLS, RED BLOOD CELLS, CASTS, AND MUCOUS THREADS IN URINE; INOCULATES
BACTERIOLOGICAL SMEARS BY GRAM STAIN TECHNIQUE; EXAMINES SMEARS FOR
****************************** CONTINUED ON PAGE  4  ******************************



## ARMY/AMERICAN COUNCIL ON EDUCATION
## REGISTRY TRANSCRIPT

02/17/94

TRANSCRIPT SENT TO:
PV2 SHEIDA GOLCHIN
212 KINGS HWY
FAIRFIELD CT 06430

NAME: GOLCHIN SHEIDA
SSN: 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

---------------------- MILITARY EXPERIENCE ----------------------

STAIN REACTION LIMITED TO GRAM, POSITIVE/NEGATIVE RODS/COCCI AND PREPARES AND STERILIZES CULTURE MEDIA; PERFORMS MANUAL BIOCHEMICAL DETERMINATIONS ON BLOOD, LIMITED TO GLUCOSE, UREA NITROGEN, CO2 BILRUBIN, AND TITRIMETRIC FLUORIDE; PERFORMS SEMIAUTOMATED CHLORIDES, SODIUM, AND POTASSIUM; AND PERFORMS BASIC SEROLOGICAL SCREENING TESTS FOR SYPHILIS AND RHEUMATOID ARTHRITIS; PERFORMS PREVENTIVE MAINTENANCE ON LABORATORY EQUIPMENT.

ACE CREDIT RECOMMENDATION FOR 92B10: IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 5 SEMESTER HOURS IN CLINICAL LABORATORY PROCEDURES AND 5 IN LABORATORY INSTRUMENTATION (6/92).

# DEPARTMENT OF THE ARMY

## CERTIFICATE OF ACHIEVEMENT

AWARDED TO

**PRIVATE FIRST CLASS GOLCHIN 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**
**CO C 143D FORWARD SUPPORT BATTALION, MERIDEN, CT 06450-5612**

PRIVATE FIRST CLASS GOLCHIN HAS DEMONSTRATED GOOD INTERPERSONAL COMMUNICATION SKILLS AS WELL AS ENJOYMENT OF HER DUTIES AS A 71G. SHE HAS BEEN TIMELY IN GETTING REPORTS COMPLETED AND COVERED SHIFTS WHEN NECESSARY.

**ROBERT D. MERCER-FALKOFF**
**LTC, SC, CTARNG**
**Commanding**

**19 JULY 1994**

DA FORM 2442, 1 JUN 61

Wake, See, Dimes & Bryniczka
Attorneys at Law

Edgar T. See
Edwin K. Dimes
Jacob P. Bryniczka
Amy L. Y. Day
Ira W. Bloom
Ernest Michael Dichele †
Jonathan A. Flatow ††

Douglas E. LoMonte
Rosamond A. Koether ††

Twenty-seven Imperial Avenue
Post Office Box 777
Westport, Connecticut 06881-0777

(203) 227-9545

Telecopier (203) 226-1641

Hereward Wake (1931-1977)

Richard S. Gibbons
Of Counsel

† Also Admitted Massachusetts Bar
†† Also Admitted New York Bar

June 23, 1995

To Whom It May Concern:

This letter is written on behalf of Miss Sheida Golchin of 212 Kings Highway, Fairfield, Connecticut. Miss Golchin worked for our law firm from May 16, 1994 through April 13, 1995. She was essentially part time and her duties including filing, running errands, making copies of documents and filling in as our receptionist. During the last few weeks she was with us she worked full time as our receptionist.

I found Miss Golchin to be pleasant, cooperative and efficient. She left us voluntarily in April of this year to accept a full time position with a law firm in Bridgeport. She was helpful to us while she was here and I was sorry to see her leave.

Sincerely,

[signature]

EKD/sl

ERFORMANCE APPRAISAL
DMINISTRATIVE – CLERICAL

STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE SERVICES

PERIOD COVERED FROM 2/18/97 TO 8/31/97

☐ INITIAL PROBATIONARY ☒ ANNUAL ☐ PROMOTIONAL ☐ OTHER (Specify)

PLOYEE NAME: Sheida Golchin
TITLE: Records Clerk
DATE:
VISION: Bridgeport CC Health Services
DEPARTMENT: DEPT.OF CORRECTION

INSTRUCTIONS

Evaluate the employee on the job now being performed. Check the box above the horizontal line which most nearly coincides with your overall ... of each quality. The care and accuracy with which this appraisal is made will determine its value to you, to the employee and to the agency.

| | EXCELLENT | VERY GOOD | GOOD | LESS THAN GOOD: FAIR | LESS THAN GOOD: UNSATISFACTORY |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ |
| onsider knowledge of ... gained through perience, general ucation, specialized ining. | Well informed on all phases of work | Knowledge thorough enough to perform without assistance | Adequate grasp of essentials, some assistance | Requires considerable assistance | Inadequate knowledge |
| QUANTITY OF WORK | ☐ | ☐ | ☒ | ☐ | ☐ |
| onsider the volume of ork produced under rmal conditions. sregard errors. | Rapid worker unusually large volume | Turns out large volume | Average | Volume below average | Very slow worker |
| QUALITY OF WORK | ☐ | ☐ | ☒ | ☐ | ☐ |
| nsider neatness uracy and dependabil- of results regardless of me. | Exceptionally accurate | Seldom necessary to check work | Acceptable, usually neat, few errors | Often unacceptable. Frequent errors or rejections | Too many errors or rejections |
| ATTENDANCE | ☐ | ☐ | ☒ | ☐ | ☐ |
| ider tardiness and sions of absenteeism. | Rarely late, rarely absent | Very seldom late, seldom absent | Seldom late, absent only occasionally | Frequently tardy or routinely absent | Habitually tardy or excessive absenteeism |
| BILITY TO DEAL WITH PEOPLE | ☐ | ☐ | ☒ | ☐ | ☐ |
| onships with other nd the public. er harmony in and the work unit. | Brings credit to state service through cooperative dealings with staff and public | Harmonious relationships with staff and/or public | Adequate work relationships with staff and/or public | Reluctant to cooperate with staff and /or public | Creates problems through personal interaction with staff and/or public |

SEE REVERSE

PERFORMANCE APPRAISAL
ADMINISTRATIVE – CLERICAL

STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE SERVICES

PERIOD COVERED FROM 2/18/97 TO 5/17/97

[X] INITIAL PROBATIONARY [ ] ANNUAL [ ] PROMOTIONAL [ ] OTHER (Specify)

EMPLOYEE NAME: Golchin, Sheida

TITLE: Records Clerk

DIVISION: Bpt. Correctional

DEPARTMENT: Health Services

DATE:

INSTRUCTIONS

Evaluate the employee on the job now being performed. Check the box above the horizontal line which most nearly coincides with your overall judgement of each quality. The care and accuracy with which this appraisal is made will determine its value to you, to the employee and to the agency.

| JOB ELEMENTS | EXCELLENT | VERY GOOD | GOOD | LESS THAN GOOD: FAIR | LESS THAN GOOD: UNSATISFACTORY |
|---|---|---|---|---|---|
| KNOWLEDGE OF WORK | [ ] | [ ] | [XXX] | [ ] | [ ] |
| Consider knowledge of job gained through experience, general education, specialized training. | Well informed on all phases of work | Knowledge thorough enough to perform without assistance | Adequate grasp of essentials, some assistance | Requires considerable assistance | Inadequate knowledge |
| QUANTITY OF WORK | [ ] | [ ] | [XXX] | [ ] | [ ] |
| Consider the volume of work produced under normal conditions. Disregard errors. | Rapid worker unusually large volume | Turns out large volume | Average | Volume below average | Very slow worker |
| QUALITY OF WORK | [ ] | [ ] | [XX] | [ ] | [ ] |
| Consider neatness accuracy and dependability of results regardless of volume. | Exceptionally accurate | Seldom necessary to check work | Acceptable, usually neat, few errors | Often unacceptable. Frequent errors or rejections | Too many errors or rejections |
| ATTENDANCE | [ ] | [ ] | [XX] | [ ] | [ ] |
| Consider tardiness and occasions of absenteeism. | Rarely late, rarely absent | Very seldom late, seldom absent | Seldom late, absent only occasionally | Frequently tardy or routinely absent | Habitually tardy or excessive absenteeism |
| ABILITY TO DEAL WITH PEOPLE | [ ] | [ ] | [XX] | [ ] | [ ] |
| Relationships with other employees and the public. Consider harmony in and outside the work unit. | Brings credit to state service through cooperative dealings with staff and public | Harmonious relationships with staff and/or public | Adequate work relationships with staff and/or public | Reluctant to cooperate with staff and /or public | Creates problems through personal interaction with staff and/or public |

Revised 2/91.
Recycled or Recovered Paper

SEE REVERSE SIDE

00 [illegible]

extended

PERFORMANCE APPRAISAL
ADMINISTRATIVE – CLERICAL

STATE OF CONNECTICUT
DEPARTMENT OF ADMINISTRATIVE SERVICES

PERIOD COVERED FROM 5-18-97 TO 8-31-97

[X] INITIAL PROBATIONARY [ ] ANNUAL [ ] PROMOTIONAL [ ] OTHER *(Specify)*

EMPLOYEE NAME: SHEIDA Golchin
TITLE: Records Office
DATE:

DIVISION: Correction
DEPARTMENT: BPT

INSTRUCTIONS

Evaluate the employee on the job now being performed. Check the box above the horizontal line which most nearly coincides with your overall judgement of each quality. The care and accuracy with which this appraisal is made will determine its value to you, to the employee and to the agency.

| JOB ELEMENTS | EXCELLENT | VERY GOOD | GOOD | LESS THAN GOOD: FAIR | LESS THAN GOOD: UNSATISFACTORY |
|---|---|---|---|---|---|
| KNOWLEDGE OF WORK | [ ] | [ ] | [XX] | [ ] | [ ] |
| Consider knowledge of job gained through experience, general education, specialized training. | Well informed on all phases of work | Knowledge thorough enough to perform without assistance | Adequate grasp of essentials, some assistance | Requires considerable assistance | Inadequate knowledge |
| QUANTITY OF WORK | [ ] | [ ] | [XX] | [ ] | [ ] |
| Consider the volume of work produced under normal conditions. Disregard errors. | Rapid worker unusually large volume | Turns out large volume | Average | Volume below average | Very slow worker |
| QUALITY OF WORK | [ ] | [ ] | [XX] | [ ] | [ ] |
| Consider neatness accuracy and dependability of results regardless of volume. | Exceptionally accurate | Seldom necessary to check work | Acceptable, usually neat, few errors | Often unacceptable. Frequent errors or rejections | Too many errors or rejections |
| ATTENDANCE | [ ] | [ ] | [XX] | [ ] | [ ] |
| Consider tardiness and occasions of absenteeism. | Rarely late, rarely absent | Very seldom late, seldom absent | Seldom late, absent only occasionally | Frequently tardy or routinely absent | Habitually tardy or excessive absenteeism |
| ABILITY TO DEAL WITH PEOPLE | [ ] | [ ] | [XX] | [ ] | [ ] |
| Relationships with other staff and the public. Consider harmony in and outside the work unit. | Brings credit to state service through cooperative dealings with staff and public | Harmonious relationships with staff and/or public | Adequate work relationships with staff and/or public | Reluctant to cooperate with staff and /or public | Creates problems through personal interaction with staff and/or public |

SEE REVERSE SI



CONNECTICUT DEPARTMENT OF CORRECTION

ADMINISTRATIVE DIRECTIVES REVISIONS

Date: July , 1990

Administrative Directive No. 2.11

Subject: Employee Dependability

Revisions appear on:

| Page | Section |
|---|---|
| | |
| | |
| | |

Summary of Revisions:

This directive establishes standards for employee attendance including both absences and tardiness. The directive also establishes reporting requirements for employees and directs units to maintain recordkeeping systems.

An employee must notify a supervisor of an absence one hour prior to the start of a shift in facilities. Other employees must notify the worksite within one hour of the start of a work day. Any absence of five or more days will require a State Medical Certificate. Prescheduled, approved use of sick leave will not count as an absence.

Attendance records will be reviewed during employee evaluations. Three absences in any three month period shall cause a review with the employee; five absences in a six month period a review with a memo to the employee; nine absences within 12 months may result in progressive discipline or an unsatisfactory service rating. A second unsatisfactory service rating may result in termination.

For tardiness, the directive establishes an initial instance of tardiness which will require the supervisor to speak to the employee followed by a four step process with the second through fifth instances of tardiness in any six month period resulting in formal counseling, a written reprimand, one day suspension and a five day suspension respectively. Further tardiness may result in dismissal. Each six month period of improved performance will reduce the next discipline, if imposed by one level. Three instances of tardiness and/or absence during the working test period shall result in dismissal. Tardiness of fifteen minutes or less shall not be deducted from the employee's pay but anytime greater than 15 minutes shall be deducted. Tardiness due to inclement weather or other extenuating circumstances shall not be counted in the process.

Employees who have exhausted their sick leave, may request the use of vacation or personal leave time by presenting a Medical Certificate. Failure to request the use of other leave time will result in a charge of unauthorized leave without pay.

Revisions Are:

(x) New Directive
( ) Addition
( ) Deletion
( ) Modification
( ) Recision

Approved: [signature]

Department of Correction

# MALONEY CENTER FOR TRAINING & STAFF DEVELOPMENT

STATE OF CONNECTICUT

*This certifies that*

**Shieda Golchin**

has satisfactorily completed the 40 hour

NON-HAZARDOUS DUTY TRAINING

*April 7, 1997 - April 14, 1997*

*and is awarded this certificate in recognition thereof.*

J. Warren, acting Commandant 4/14/97

*Commandant, Training & Staff Development*

# Honorable Discharge

## from the Federally Recognized Army National Guard

*This is to certify that*

SHEIDA GOLCHIN 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 PRIVATE FIRST CLASS/E-3
HEADQUARTERS SUPPORT COMPANY (AMBULANCE) 118TH MEDICAL BATTALION NEW HAVEN CONNECTICUT 06511

*was Honorably Discharged from the*

# Army National Guard

*of* CONNECTICUT

*on the* 9TH *day of* DECEMBER 1997 *This certificate is awarded as a testimonial of Honest and Faithful Service*

"This discharge does not relieve the individual named herein from any unfulfilled obligation to perform military service which may be imposed on him/her by law."

TAMMY A. SOUSA, WO1, CTARNG
PSB BRANCH CHIEF

NGB FORM 55a
1 SEP 85 *(Replaces NGB Form 55a, dated 1 Oct 83, which is obsolete)*