# Norwalk Community-Technical College

formerly Norwalk Community College and Norwalk State Technical College

## State of Connecticut Community-Technical College

To all to whom these presents shall come, Greeting:

Be it known that

Sheida C. Golchin

has completed the requirements prescribed by

### Norwalk Community-Technical College

and is granted this

### Certificate

in

HEALTH OFFICE INFORMATION SPECIALIST

Given at Norwalk in the State of Connecticut this

thirty-first day of December, 1997



_____
President

## DEPARTMENT OF THE ARMY AND THE AIR FORCE
### NATIONAL GUARD BUREAU
## REPORT OF THE SEPARATION AND RECORD OF SERVICE

(FOR USE OF THIS FORM, SEE NGR (AR) 600-200. THE PROPONENT AGENCY IS NGB-ARP-PE)

| REPORT OF SEPARATION AND RECORD OF SERVICE IN THE [1] **ARMY** NATIONAL GUARD OF **CONNECTICUT** | AND AS A RESERVE OF [2] _____ |
|---|---|

*1. Insert either Army or Air*     *2. Enlisted personnel only - insert Army or Air Force*

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| GOLCHIN, SHEIDA | ARNGUS / CTARNG | 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 |

| 4. DATE OF ENL | YR 91 | MO 12 | DA 10 | 5a. RANK PFC | 5b. PAY GRADE E-3 | 6. DATE OF RANK | YR 94 | MO 03 | DA 19 | 7. DATE OF BIRTH | YR 69 | MO 03 | DA 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 8a. STATION OR INSTALLATION AT WHICH EFFECTED | 8b. EFFECTIVE DATE | YR | MO | DA |
|---|---|---|---|---|
| HSC(AMB) 118TH MED BN (QBCT0) 290 GOFFE STREET NEW HAVEN, CT 06511-3795 | | 97 | 12 | 09 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. RECORD OF SERVICE | YRS | MOS | DAYS |
|---|---|---|---|---|
| USAR CONTROL GROUP (AT) ST LOUIS, MO 63132-5200 | (a) NET SERVICE THIS PERIOD | 06 | 00 | 00 |
| | (b) PRIOR RESERVE COMPONENT SERVICE | 00 | 00 | 00 |
| | (c) PRIOR ACTIVE FEDERAL SERVICE | 00 | 00 | 00 |
| 11. TERMINAL DATE OF RESERVE/MILITARY SERVICE — YR 99 MO 12 DA 09 | (d) TOTAL SERVICE FOR PAY | 06 | 00 | 00 |
| | (e) TOTAL SERVICE FOR RETIRED PAY | 06 | 00 | 00 |

| 12. MILITARY EDUCATION *(Course Title, number of weeks, month and year completed)* | 13. PRIMARY SPECIALTY NUMBER, TITLE AND DATE AWARDED *(Additional specialty numbers and titles)* |
|---|---|
| PATIENT ADMINISTRATION 8 WKS, JUN 93/// | 71G10 PATIENT ADMINISTRATION 930625/// |

| 14. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED SECONDARY/HIGH SCHOOL _12_ YRS (Gr 1-12) COLLEGE _00_ YRS | 15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED THIS PERIOD *(State Awards may be included)* |
|---|---|
| | ARMY-SVC-RBN/NTL-DEF-SVC-MDL/ARCM////// |

| 16. SERVICEMAN'S GROUP LIFE INSURANCE COV | 17. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|
| [X] YES  [ ] NO | a. TYPE | B. INVESTIGATION |
| AMT $ 200,000 | SECRET | ENTNAC 920225 |

18. REMARKS: INDIVIDUAL DISCHARGED WITHOUT PERSONAL NOTICE, PER CHAP 8 OF NGR 600-200. NGB FORM 22 AND NGB FORM 55a WERE MAILED TO ADDRESS IN ITEM #19. NO SRIP ACTION. INDIVIDUAL ASSIGNED TO USAR CONTROL GROUP (AT) FOR COMPLETION OF 2 YEARS. STATUTORY OBLIGATION. BCT:920806-921124   AIT:930421-930625

| 19. MAILING ADDRESS AFTER SEPARATION *(Street, RFD, City, Country, State and Zip Code)* | 20. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 212 KINGS HIGHWAY FAIRFIELD CT 06432 | SOLDIER NOT AVAILABLE FOR SIGNATURE |
| 21. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| SOUSA, TAMMY A., WO1, BRANCH CHIEF | *(signature)* |

| 23. AUTHORITY AND REASON: NGR 600-200 PARA 8-26i, EXPIRATION TERM OF SERVICE, and 8-26d, UNSATISFACTORY PERFORMANCE |
|---|

| 24. CHARACTER OF SERVICE | 25. TYPE OF CERTIFICATE USED | 26. REENLISTEMENT ELIGIBILITY |
|---|---|---|
| HONORABLE | NGB FORM 55a | RE3 |

| 27. [ ] REQUEST | [ ] DECLINE COPIES OF MY NGB FORM 22 | INITIALS _____ |
|---|---|---|

NGB FORM **22**
1 NOV 96    *(Replaces NGB Form 22, dated 1 FEB 83, which is obsolete)*

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) GOLCHIN, SHEIDA | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/ ARNG | 3. SOCIAL SECURITY NO. 040 | 72 | 1584 |
|---|---|---|

| 4.a. GRADE, RATE OR RANK PV2 | 4.b. PAY GRADE E2 | 5. DATE OF BIRTH (YYMMDD) 690325 | 6. RESERVE OBLIG. TERM. DATE Year 99 Month 12 Day 09 |
|---|---|---|---|

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY FAIRFIELD CT | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) ADDRESS SAME AS BLOCK 19A |
|---|---|

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND CO B 187TH MED BN AMEDDC&S HSC HS | 8.b. STATION WHERE SEPARATED FT SAM HOUSTON TX 78234-5000 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED CO C (MED) FSB NORWALK CT 06850-1499 | 10. SGLI COVERAGE Amount: $ 200,000 | None |
|---|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 71G10 PATIENT ADMINISTRATION SPECIALIST//NOTHING FOLLOWS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 93 | 04 | 21 |
| | b. Separation Date This Period | 93 | 06 | 25 |
| | c. Net Active Service This Period | 00 | 05 | 02 |
| | d. Total Prior Active Service | 00 | 03 | 19 |
| | e. Total Prior Inactive Service | 01 | 00 | 22 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 93 | 02 | 20 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY SERVICE RIBBON//NATIONAL DEFENSE SERVICE MEDAL//MARKSMAN QUALIFCATION BADGE (RIFLE M16)//MARKSMAN QUALIFICATION BADGE (HAND GRENADE)//NOTHING FOLLOWS |
|---|

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) PATIENT ADMINISTRATION SPECIALIST COURSE, 8 WKS (JUN 93)//NOTHING FOLLOWS |
|---|

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID NONE |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | NA | Yes | X No |
|---|---|---|---|

| 18. REMARKS DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//NOTHING FOLLOWS |
|---|

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 212 KINGS HIGHWAY, EAST FAIRFIELD CT 06430 | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) TAMIOOR GOLCHIN ADDRESS SAME AS BLOCK 19A |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO    DIR. OF VET AFFAIRS | Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) JOHN CANO, GS9, C. Transition Center |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | |

**DD Form 214, NOV 88**    Previous editions are obsolete.    **MEMBER-1**

STATE OF CONNECTICUT
MILITARY DEPARTMENT
OFFICE OF THE ADJUTANT GENERAL
NATIONAL GUARD ARMORY, HARTFORD CT  06105-3795

ORDERS 010-073                                                  15 January 1998

GOLCHIN, SHEIDA 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 PFC 71G10 HSC (ASB) 118TH Med Bn New Haven CT
06511-3395

You are discharged from the Army National Guard and assigned to component indicated on
day following effective date.

Reserve assignment:  USAR Control Group (AT), St Louis MO 63132-5200
Effective date:  9 December 1997
Type of discharge:  Honorable
Additional instructions:  MSO Expires:  991209.  Loss Code:  ER.

FOR ARMY USE
Authority:  Paragraphs 8-26i and 8-26d, National Guard Regulation 600-200
HOR:  212  Kings Highway, Fairfield CT  06432
Format:  510

FOR THE ADJUTANT GENERAL:

\ \ \ \ \ \ \ \ \ V / / / / / / / /
\ \    HQ, CTARNG    / /
\ \       OFFICIAL      / /
\ \ \ \ \ \ \ \ \ V / / / / / / / /
ROBERT J. HORAN
MAJ, IN, CTARNG
Military Personnel Officer

DISTRIBUTION:
1-CTDP-PSB
1-CTDP-E
1-Indiv Conc
1-Unit Conc

**NCTC** Norwalk Community-Technical College
188 Richards Avenue, Norwalk, CT 06854-1655

Office of the
Dean of Students
(203) 857-7013
Fax (203) 851-9352
e-mail: nk_raddock
@commnet.edu

May 4, 1998

Ms. Sheida Golchin
212 Kings Highway
Fairfield, CT.  06430

Dear Sheida:

I was thrilled to receive your thank you note and to see that you have made your way to an Office Administrative Careers certificate and a career.  It does my heart good, Sheida, to see that all those letters to the Veterans Administration gave you a chance to show your potential.

I hope you will continue your education in the future.  You are bright and capable of doing many good things in a world that needs you.

Sincerely,

Mary M. Raddock
Dean of Students

cc:  Chris DeCew
     President Schwab



**Norwalk Community College**

188 Richards Avenue
Norwalk, CT 06854-1655

Office of the President
(203) 857-7003
FAX (203) 857-7394

July 9, 2003

Sheila Golchin
P.O. Box 673
Stratford, Ct 06615

Dear Sheila,

I was very happy to hear about your experiences at the college, particularly those you had with our faculty, student services staff and deans.  Please accept my best wishes for continued success.

Sincerely,

William H. Schwab, Ph.D.
President

Board of Trustees, Community-Technical Colleges of Connecticut



# Washington National Cathedral

A NATIONAL HOUSE OF PRAYER FOR ALL PEOPLE

This is to document that

## Sheida C. Golchin

is hereby recorded in the National Roll of Honor at
Washington National Cathedral whose War Memorial Chapel
honors men and women who have served their country

*O God our help in ages past, our hope in years to come, we commend to your gracious care and
keeping all men and women of our armed forces at home and abroad; defend and strengthen them in
their trials; and grant them a sense of your abiding presence wherever they may be. We ask your
blessing on those who have died for our freedoms and values. Comfort those who grieve, that they may
know your loving care and that they may find solace in the appreciation of a grateful nation. Abide
with patriots who have served our nation with selflessness and courage all the days of their lives.*

*November 11, 2004*
Date of Enrollment

✝ John Bryson Chane
Bishop of Washington and
Dean, Washington National Cathedral

**Volunteers at Griffin**

Volunteer Office 203-732-7555

Last year, volunteers contributed more than 65,000 hours to Griffin, the equivalent of 31 full-time employees. Volunteers are a part of the Griffin family and help make Griffin a warm and friendly community hospital.

There is an opportunity for everyone to help. Volunteers assist in nearly every area of the hospital. Assignments are based on your availability, interests, and skills which best match the needs of the Volunteer Services Program. Innovative programs staffed by volunteers include:



**AMBASSADOR PLUS:** Often the first person our patients and family members meet are the Ambassador Plus volunteers who are positioned in the Lobby and Emergency Room Areas. If you have an outgoing personality, good interpersonal skills and the ability to escort people to their destination, either by walking with them or offering assistance by pushing a wheelchair, this is for you!

**BAKERS:** Volunteers are provided necessary ingredients to bake muffins, brownies, cookies and various breads in kitchens located on the patient units. Homelike aromas permeate the hallways during the baking process and patients and their families enjoy the baked items as they are delivered by friendly and cordial volunteers.

**ROOM SERVICE:** This service is staffed by volunteers who are available to respond to the special requests of our patients. Good interpersonal skills, and the desire to assist in providing special amenities to our patients is required. You may be asked to deliver an item from the Dining Room, a newspaper, assist in menu delivery or pick up, purchase an item from the Gift Shop or just visit patients who need a friendly visitor.

**SOFT TOUCH:** Volunteers wanting to provide care to patients will enjoy this opportunity. In addition to conversing and providing a friendly visit, you will be trained to give a therapeutic, relaxing, and gentle rub either to hands, feet or backs of our inpatients. Many "cuodos and thanks" will be given back to you for this gentle touch.

**VPS (Vital Patient Stories):** If you have a flair with the pen and compassion in your heart this is for you! You will be taught interviewing and writing skills to compose creative non-fictional accounts of patients' life stories. Volunteers must possess good listening skills, empathy and compassion and maintain patient confidentiality.

...and many more.

The goal of our many of our volunteer programs is to reduce stress for patients by

enabling them to relax, therefore making their stay here more comfortable. Volunteers must be comfortable with patients and sensitive to their needs and possess good interpersonal and people skills.

Interested applicants should call for more information or to schedule an interview.

### A Few Hours of your Time

Our program operates seven days a week during daytime and evening hours. Volunteer hours are tailored to meet your individual schedule. You need to commit 2 hours each week, with a 50 hour commitment for the year



### Sign Up Now!

Employed or retired, student or homemaker, teenager or adult, there are opportunities available to you through our Volunteer Services Program.

Call us at (203) 732-7555 for an appointment between 8:30 AM and 5:00 PM, Monday through Friday. We'll talk with you, learn about your interests, talents, and skills, and discuss the times you are available to volunteer.

About Griffin | News & Events | Patient & Visitor Services | Employment Opportunit
Research & Training | Giving to Griffin | Performance Indicators | Search | Privacy

130 Division St. Derby, CT 06418
(203) 735-7421 Toll-free in CT (800) 354-3094
Contact us: griffin@griffinhealth.org

Copyright © 2004 Griffin Health Services Corporation

# Griffen Hospital
# Volunteer Profile

| | | | |
|---|---|---|---|
| Name | **Golchin, Sheida** | Nickname | SSN **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**   DoB **03/25/1969** |
| Number | **1185** | Vol Type **Adult** | |
| Status | **Active** | As of **08/20/2003** | |
| Address | **P.O. Box 673** | | |
| | **Stratford, CT 06615** | | |

Home Phone **203-732-4980**
Work Phone
Alternate Phone
Email

Work Start Date **08/19/2003**
Last Work Date **12/30/2004**
Last Work Area **Baking North 1** *and soft touch*
Y to D Hours **104.5**
Career Hours **104.5**
Last Award                     Received On

Emergency Information
  Person to Notify
  Home Phone
  Relationship
  Work Phone

  Physician
  Phone(s)

| Training Programs | Start Date | Completion Date |
|---|---|---|
| **Orientation** | 07/14/2003 | 07/15/2003 |
| **H.I.P.P.A. Training** | 07/15/2003 | 07/15/2003 |
| **Mandatory 2003** | 07/15/2003 | 07/15/2003 |

# Social Security Administration
## Important Information

ABEEDRG06100302-00000008

Social Security Administration
P. O. Box 1433
Alexandria, VA  22313
Date: October 12, 2006
Ticket Number: 040721584TW1

00000008
SHEIDA GOLCHIN
12 ADANTI AVE
ANSONIA CT  06401-1022

Thank you for taking part in the Ticket to Work program.  Our records show that effective April 1, 2006 you have assigned your ticket to:

    TICKET TO WORK SERVICES LLC
    (TICKET TO WORK SERVICES LLC)
    45 WINTONBURY AVENUE
    BLOOMFIELD CT  06002
        1-800-604-8897

This means you and this organization have agreed to work together on your employment plan.

**Report Changes That May Affect Your Ability to Participate in Your Employment Plan**

If you are not able to continue participating in your employment plan with TICKET TO WORK SERVICES LLC (TICKET TO WORK SERVICES LLC), you should report this right away to **MAXIMUS**.  **MAXIMUS** is the Program Manager who is helping us to manage the Ticket to Work program.

**See Next Page**

Form SSA-L1361 (2-2003)



**TTWS**

Ticket to Work Services, LLC
45 Wintonbury Avenue, Suite 318
Bloomfield, CT 06002
800-604-8897
www.tickettoworkservices.com

Steven B. Sachs, Ph.D., Director

August 11, 2006

Lt. Governor Kevin B. Sullivan
State Capitol, Room 304
Hartford, CT 06106

RE:  Employing People with Disabilities
     & the SSA Ticket to Work Program

Dear Lt. Governor Sullivan:

Given your exemplary and tireless advocacy work, I'm writing this letter on behalf of
Ms. Sheida Golchin and many persons with disabilities who face often insurmountable
odds of being successfully employed.

Ms. Golchin's inability to obtain employment in Connecticut in spite of her perseverance,
strong work history and educational background, illustrates a deeper problem about
employers' reluctance to hire persons with disabilities.  In my "travels" providing
services across a wide range of disability groups and across the nation for many years, I
see her story repeated over and over again.

Ms. Golchin, and the many other beneficiaries we serve through the SSA Ticket to Work
Program, agreed to participate for the expressed purpose of achieving self-sufficiency by
returning to work and removing themselves from dependence on SSDI benefits.  Yet, in
spite of the help we provide and their hard work, they are faced with many months (or
years) of frustration and eroding self-esteem, further compounding their disability.

I will continue to do what I can to help people with disabilities lead productive lives and
contribute to their communities.  I know that you are doing the same, and I thank you for
that.

Warm Regards,

Steven B. Sachs, Ph.D.

DSS NEW HAVEN
194 BASSETT ST
NEW HAVEN CT  06511-1059

**STATE OF CONNECTICUT**
*DEPARTMENT OF SOCIAL SERVICES*

Page    1
02-006426
038837

Date: 12 02 2006

‖ll…ll…ll‖ll…‖l…l‖ll…l‖l‖l‖l…l‖l‖l…l‖l

SHEIDA  GOLCHIN
12  ADANTI AVE
ANSONIA CT  06401-1022

Client ID: 001046325

Worker:
MRS. MYRICK
Phone:   203-974-8116

Dear SHEIDA  GOLCHIN:

PART 1.  GENERAL INFORMATION ABOUT YOUR ELIGIBILITY

We made a decision about your request for assistance.  This two part notice
explains our decisions.  Part 1 has general information about your eligibility
and benefits.  Part 2 gives specific information about our decisions.  It also
tells you about each person you applied for.  Please read both parts of the
notice.

Each program is discussed in a specific order.  Cash assistance programs are
first.  These are programs like Aid to Families with Dependent Children, SAGA,
and Aid to the Aged, Blind and Disabled. Information about the Food Stamp
program is second.  Medical assistance  information is last.  If a program you
applied for is not listed, then we have not finished processing that part
of your application.  You will get another notice when we are done.

You may call your worker at the number listed at the top of the page if you
have any questions.  You can request a hearing if you disagree with this
decision.  Please read the last two pages of this notice for more information
about your hearing rights.

Medical Assistance Spenddown

AU Number:  050085247

You or someone in your household has too much income to get medical assistance
now or for a past period.  You can still get medical assistance if you have
medical bills that you owe or have recently paid.  We can deduct these bills
from the excess income.  This process is called medical assistance spenddown.
We will grant medical assistance when the bills have used up all the excess
income.

Part 2 of the notice explains more about how spenddown works.  It tells you
which members qualify and how much excess income they have.  It also gives
information about the kinds of bills you can deduct.  Please read the
spenddown information in Part 2 of the notice.

**STATE OF CONNECTICUT**  **DEPARTMENT OF SOCIAL SERVICES**

12 02 2006

Client Number: 001046325 Page 3
02-006426    038839

- You must tell us if you move. You must also report and verify changes in your rent and utilities. We cannot use your new costs if you do not verify them.

**You must report all changes to your worker within ten days from the date the change happened.**

Failure to report or verify your actual household expenses will be seen as a statement that you do not want to receive an allowable deduction for that expense.

You can request a hearing if you disagree with this decision. Please read the last two pages of this notice for more information about your hearing rights.

**1024 - Spenddown**
**S99 Medicaid Spenddown Aged,Blind or Disabled - AU 050085247**

Your income is too high for you to receive medical assistance now. However, you may still receive medical assistance from 10/06 to 03/07. To be eligible, you must show us that you have medical bills that you owe or have recently paid. When your bills total $1344.24, your eligibility for medical assistance will begin.

We will consider your medical insurance premiums, any medical bills which you owe, and any medical bills for the period shown above which you have paid or you still owe.

Policy Reference: 5520.25

We must review your case every six months, so we will send you a form to fill out at that time.

You must report any changes in your situation to your worker because it might affect your eligibility.

If you have any questions, please call your worker at the number shown above.

You can request a hearing if you disagree with this decision. Please read the last two pages of this notice for more information about your hearing rights.

# Your New Benefit Amount

**BENEFICIARY'S NAME:** SHEIDA GOLCHIN

Your Social Security benefits will increase by 3.3 percent in 2007, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is                                    $891.00
- The amount we are deducting for Medicare medical insurance is              $0.00
  (If you did not have Medicare as of Nov. 15, 2006,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is    $0.00
  (If you did not elect withholding as of Nov. 1, 2006, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is        $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 15, 2006, we show $0.00.)
- After taking any other deductions, we will deposit                              $891.00
  into your bank account on Jan. 3, 2007.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

## What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information about Social Security. Or, call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. on business days. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, you also can visit your local office.

307 MAIN STREET
ANSONIA CT

BNC#: 06B1187K80319                                                                      Over ➤

266829*COLA*SM-DI*\04*L003

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE MD 21241-1500
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Be sure to check out
our website:** *www.socialsecurity.gov*

266829*********AUTO** 5-DIGIT 06401
SHEIDA GOLCHIN
12 ADANTI AVE
ANSONIA CT 06401-1022

my e – mail address
has been recently changed –
Case 3:01-cv-00903-DJS     Document 37-2     Filed 01/19/2007     Page 16 of 30

Sheida Golchin
dolphinepowertimes2@yahoo.com
12 Adanti Avenue
Ansonia, CT. 06401
(203) 732-4980


OBJECTIVE            To acquire a full-time position in a Professional place of Business

EDUCATIONAL          To acquire an MBA, in the field of Business
OBJECTIVE


EDUCATION            A.S. Business Office Technology – Medical
                     Gateway Community College, New Haven, CT, May 2007

                     Health Office Information Specialist - State of CT Certification
                     Norwalk Community Technical College, Norwalk, CT
                     December 1997

                     Medical Records/Hospital Administration – Federal Certification
                     Academy of Health and Sciences, Houston, TX June 1993

                     Fairfield High School, Fairfield, CT
                     June 1988


HONORS               Roll of Honor- National Cathedral, Washington, D.C. 2004

                     Honorable Discharge – 118th Medical Battalion, New Haven, CT
                     December 1997

                     Certificate of Achievement – Medical Records Specialist/Hospital
                     Administration, 143rd Forward Support Battalion – Medical,
                     Meriden, CT July 1994

                     Member of Dean's List – 1990
                     Member of Honor Roll –1983, 1984, 1985


TRAINING             Computer Skills:  Microsoft Word, Excel, and PowerPoint,
                     Typing, Transcription, Short Hand, Multiple Line Phone
                     System, Medical Records and Administrative duties


                     Maloney Center for Training and Staff Development-
                     State of Connecticut, Cheshire, CT April 1997

EXPERIENCE   Administrative Assistant:  Department of Allied Health & Nursing
Work-Study position
Naugatuck Valley Community College- Waterbury, CT
August 2004- December 2004

Administrative Assistant:  Department of Admissions at
Silver Hill Hospital & Department of Medicine at
Norwalk Hospital
Office Team – Stamford, CT
Temporary Agency
December 2001- April 2001

Customer Service Representative:  Customer Service Call Center
Cable Vision of Connecticut- Bridgeport, CT
September 1999- May 2001

Medical Records Clerk- Hospital
University of Connecticut Correctional Managed Care
Bridgeport, CT
February 1997 - January 2000

Records Clerk:  Records Department
Wake, See, Dimes & Bryniczka - Westport, CT
May 1994- April 1995

Medical Records Specialist:  S-3 Operations
118th Medical Battalion- New Haven, CT
December 1991- December 1997

OFFICES HELD  Student Class Secretary- 1983 to 1985
Home Room Representative- 1985 to 1986

VOLUNTEER  Jewish Home for the Elderly- Fairfield, CT 1987-1988
WORK     Carlton Convalescent Home- Fairfield, CT 1999-2000
The Griffin Hospital- Derby, CT 2003-2004

References available upon request.

*Professional References:*

Wake, See, Dimes and Bryniczka

|   |   |
|---|---|
| Attorney Ned Dimes<br>Senior Partner | By phone: 1-(203)-227-9545<br>re:  Legal Clerk Administrator / Receptionist<br>27 Imperial Avenue<br>Westport, Connecticut<br>06881-0777<br>please see attached letter |

| University of Connecticut<br><br>Human Resources<br>Attn:  Miss Sheila Carenzo | By fax:  1-(860)-679-1051<br>re:  Medical Records / Receptionist<br>1106 North Avenue<br>Bridgeport, Connecticut<br>06606 |

| Cablevision of Connecticut<br><br>Human Resources<br>Miss Lori Knoff | By phone:  1-(203)-870-7021<br>re:  Customer Service Representative<br>122 River street<br>Bridgeport, Connecticut<br>06606 |

| 118th Medical Battalion<br><br>Unit Admininstrator<br>Sfc Tabb or Sgt Roni | By phone:  1-(203)-776-3882  ext. 25<br>re:  Medical Records Specialist / Administrator<br>290 Goffe street<br>New Haven, Connecticut<br>06511-3395<br>please see attached letter |

| Office Team<br><br>Staffing Manager<br>Mr. Jason Witty | By phone:  1-(203)-357-1766<br>re:  Temporary Employee:  Administrator / Receptionist<br>One Canterbury Green, 4th Floor<br>Stamford, Connecitcut<br>06901 |

The Griffin Hospital

Dir. of volunteer services
Mrs. Anistasia Timpko

By phone:  1-(203)-732-7181
re:  Volunteer
130 Divison street
Derby, Connecticut
06418

*Work-study wages from college*

**State of Connecticut**
Office of the State Comptroller, 55 Elm Street
Hartford, CT 06106-1775

Advice Date
11/22/2006

Advice No.
29818853

**Deposit Amount:** $221.85

**To The
Account(s) Of**

CCC79700 CCC093001
**SHEIDA GOLCHIN**
12 Adanit Avenue
Ansonia, CT 06401

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Bank Name | Deposit Amount |
| Checking | Naugatuck Valley Savings&Loan | 221.85 |

Total: $221.85

# NON-NEGOTIABLE

**State of Connecticut**
Office of the State Comptroller, 55 Elm Street
Hartford, CT 06106-1775

| Pay Group: | B52-Uct Biweekly 14-Day 4 | Business Unit: UNIVS |
|---|---|---|
| Pay Begin Date: | 10/27/2006 | Advice #: 0000000029818853 |
| Pay End Date: | 11/09/2006 | Advice Date: 11/22/2006 |

| Sheida Golchin | Employee ID: 621857 | TAX DATA: Federal CT State |
|---|---|---|
| 12 Adanit Avenue | Department: CCC79700-Gateway CC | Marital Status: Single Exempt |
| Ansonia, CT 06401 | Location: Gateway To Be mailed | Allowances: 1 |
| | Job Title: CCStdntWrkrFinAid | Addl. Pct.: |
| | Pay Rate: $7.650000 Hourly | Addl. Amt.: |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Earnings | | Description | Current | YTD |
| Regular Earnings | 7.650000 | 29.00 | 221.85 | 677.03 | | Fed Withholding | 0.00 | 0.07 |
| | | | | | | CT Withholding | 0.00 | 0.00 |
| Total: | | 29.00 | 221.85 | 677.03 | | Total: | 0.00 | 0.07 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | LEAVE BALANCES AS OF 11/08/2006 | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Balance |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 221.85 | 221.85 | 0.00 | 0.00 | 221.85 |
| YTD: | 677.03 | 677.03 | 0.07 | 0.00 | 676.96 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #0000000029818853 | 221.85 |
| Total: | 221.85 |

MESSAGE:

**State of Connecticut**
Office of the State Comptroller, 55 Elm Street
Hartford, CT 06106-1775

Advice Date
12/07/2006

Advice No.
29865573

**Deposit Amount:**   $236.32

To The
Account(s) Of

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Bank Name | Deposit Amount |
| Checking | Naugatuck Valley Savings&Loan | 236.32 |

CCC79700  CCC093001
**SHEIDA GOLCHIN**
12 Adam Avenue
Ansonia, CT  06401

Total:                                   $236.32

# NON-NEGOTIABLE

**State of Connecticut**
Office of the State Comptroller, 55 Elm Street
Hartford, CT 06106-1775

| Pay Group: | 052-Uco Biweekly 14-Day 4 | Business Unit: UNIVS |
|---|---|---|
| Pay Begin Date: | 11/30/2006 | Advice #: 00000029865573 |
| Pay End Date: | 11/29/2006 | Advice Date: 12/07/2006 |

| Sheida Golchin | Employee ID: 627857 | TAX DATA: | Federal | CT State |
|---|---|---|---|---|
| 12 Adam Avenue | Department: CCC79700-Gateway CC | Marital Status: | Single | Exempt |
| Ansonia, CT  06401 | Location:  Gateway To Be mailed | Allowances: | 1 | |
| | Job Title:  CCStdntWkrFinAid | Addl. Pct.: | | |
| | Pay Rate:  $7.650000 Hourly | Addl. Amt.: | | |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Earnings | | Description | Current | YTD |
| Regular Earnings | 7.650000 | 31.00 | 237.15 | 914.18 | | Fed Withholding | 0.83 | 0.90 |
| | | | | | | CT Withholding | 0.00 | 0.00 |
| Total: | | 31.00 | 237.15 | 914.18 | | Total: | 0.83 | 0.90 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | LEAVE BALANCES AS OF: 11/23/2006 | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Balance |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 237.15 | 237.15 | 0.83 | 0.00 | 236.32 |
| YTD: | 914.18 | 914.18 | 0.90 | 0.00 | 913.28 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #00000029865573 | 236.32 |
| Total: | 236.32 |

MESSAGE:

Gateway
Community
College

December 13, 2006

To Whom It May Concern:

Re:   Sheida Golchin          Soc. Sec. No  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

Sheida will be a participant in the Federal Work-Study Program at Gateway Community-College.   The academic semester begins on Friday, September 1, 2006 and will end on Thursday, June 1, 2007.   Sheida can work 15 hours a week and she earns $7.65 an hour.

Please be aware the Federal College Work-Study Program is a federally funded program (TITLE IV) and is not intended to be considered the same as employment.

If you need additional information, please call me at 285-2034.

Sincerely,

Nancy Robinson
College Work Study Coordinator
Financial Aid Office

*Open Doors* — *Open Minds*

**Long Wharf Campus:** 60 Sargent Drive, New Haven, CT 06511          **North Haven Campus:** 88 Bassett Road, North Haven, CT 06473

*203-285-2000 phone* • *www.gwcc.commnet.edu* • *203-285-2406 phone*

*A Connecticut Community College*

# Gateway Community College

**Search** [_____] Go

SITE MAP | HELP | EXIT

## Final Grades

@00222046 Sheida Golchin
Fall 2006
Dec 29, 2006 10:39 am

**Final Grades for:** Sheida Golchin
**NOTE:** This is *not* an *official* record and is intended for student use only.

### Student Information

**Current Program**
Associate in Science

| | |
|---|---|
| **Level:** | GwCC Credit |
| **Program:** | BOT: Med Adm Asst |
| **Admit Term:** | Fall 2005 |
| **Admit Type:** | Transfer |
| **Catalog Term:** | Fall 2005 |
| **College:** | Gateway CC (7709) |
| **Campus:** | Main Student Body (CR & NonCR) |
| **Major:** | BOT: Medical Adm Asst |
| **Combined Academic Standing:** | Good Standing |

Dean's List: Dean's List

### GwCC Credit Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 1646 | BOT* | I181 | 01 | Medical Coding I | Main Student Body (CR & NonCR) | A- | 3.000 | 3.000 | 3.000 | 11.10 |
| 1520 | BOT* | I218 | 01 | Database Applications | Main Student Body (CR & NonCR) | B- | 3.000 | 3.000 | 3.000 | 8.10 |
| 1552 | MAT* | I109 | 02 | Quantitative Literacy | Main Student Body (CR & NonCR) | A | 3.000 | 3.000 | 3.000 | 12.00 |

### GwCC Credit Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 9.000 | 9.000 | 9.000 | 31.20 | 3.46 |
| **Cumulative:** | 21.000 | 18.000 | 18.000 | 50.10 | 2.78 |
| **Transfer:** | 0.000 | 45.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 21.000 | 63.000 | 18.000 | 50.10 | 2.78 |

Select Another Term

**RELEASE: 7.3**

*I served during war time between Dec 1991 through Dec 1997 and was on the activation list from Dec 1997 through Dec 1999. I also was awarded the National Defense Ribbon, which is only awarded during war time. 70% of the fighting force of the United States Armed Forces are composed of National Guard & Reserve forces - this is what I did between 1991-1999. therefore, my Service should be honored for a tuition waiver.*

# CONNECTICUT TUITION WAIVER

### Section 10a-77 CGS

# COMMUNITY COLLEGES

---

**Waiver of payment of <u>tuition</u> at the CT Community Colleges for veterans**

- Only veterans, who were honorably discharged or released under honorable conditions from active service in the armed forces, are eligible for the waiver.

  - A (DD-214, Separation from active duty) or (DD 215, separation from active duty -- amended) is sufficient proof of separation status.

- The tuition waiver covers only the costs of tuition for undergraduate credit-courses. Other charges such as College Service fee; student activity fee; special fees; and the cost of books are not waived.

**Having served in time of war, as defined in subsection (a) of section 27-103**

- Service "in time of war" means service of ninety or more days during.

| "Period of War" | Beginning Date | Ending Date | Statutory Authority | Combat or Combat Support Role Required |
|---|---|---|---|---|
| World War II | December. 7, 1941 | December. 31, 1946 | 38 USC 101 | No |
| Korean Conflict | June 27, 1950 | January 31, 1955 | 38 USC 101 | No |
| Lebanon (first) | July 1, 1958 | November 1, 1958 | PA 03-85 | No |
| Vietnam Era | February 28, 1961 | July 1, 1975 | PA 03-85 | Yes |
| Lebanon (second) | September 29, 1982 | March 30, 1984 | PA 03-85 | No |
| Grenada | October 25, 1983 | December 15, 1983 | PA 03-85 | Yes |
| Operation Earnest Will | February 1, 1987 | July 23, 1987 | PA 03-85 | Yes |
| Panama | December 20, 1989 | January 31, 1990 | PA 03-85 | Yes |
| Persian Gulf War | August 2, 1990 | on-going | 38 USC 101 | No |

  - For Reservists, service "in time of war" dose not include training time. It requires actual mobilization for service in the military other than for training purposes. (ie, to perform a military job or function).

  - If the campaign or other operation was for less than 90 days, then they must have served for the entire duration of the campaign/operation.

  - If the veteran was separated from service earlier because of a <u>service-connected</u> disability, then proof is required of a service connected disability rated by the US Department of Veterans Affairs.

- For service in Grenada, Lebanon, Operation Earnest Will, or Panama, evidence of combat or combat support role is required.

*I would like tuition waiver assistance to a 4 year University, which I would like to transfer to in the fall of 2007, your Honor. No one notified me of the change in the law as of Jan 2005.*

General Assembly

**January Session, 2005**

**File No. 136**

House Bill No. 6566

*House of Representatives, April 4, 2005*

The Committee on Higher Education and Employment Advancement reported through REP. WILLIS of the 64th Dist., Chairperson of the Committee on the part of the House, that the bill ought to pass.

### AN ACT CONCERNING THE DOMICILE REQUIREMENT FOR WAIVER OF TUITION AT STATE COLLEGES AND UNIVERSITIES.

Be it enacted by the Senate and House of Representatives in General Assembly convened:

Section 1. Subsection (d) of section 10a-77 of the general statutes is repealed and the following is substituted in lieu thereof (*Effective July 1, 2005*):

(d) Said board of trustees shall waive the payment of tuition at any of the regional community-technical colleges (1) for any dependent child of a person whom the armed forces of the United States has declared to be missing in action or to have been a prisoner of war while serving in such armed forces after January 1, 1960, which child has been accepted for admission to such institution and is a resident of Connecticut at the time such child is accepted for admission to such institution, (2) for any veteran having served in time of war, as defined in subsection (a) of section 27-103, or who served in either a combat or combat support role in the invasion of Grenada, October 25, 1983, to December 15, 1983, the invasion of Panama, December 20, 1989, to January 31, 1990, or the peace-keeping mission in Lebanon, September 29, 1982, to March 30, 1984, who has been accepted for admission to such institution and is [                    ] domiciled in this state at the time such veteran is accepted for admission to such institution, (3) for any resident of Connecticut sixty-two years of age or older, provided, at the end of the regular registration period, there are enrolled in the course a sufficient number of students other than those persons eligible for waivers pursuant to this subdivision to offer the course in which such person intends to enroll and there is space available in such course after accommodating all such students, (4) for any student attending the Connecticut State Police Academy who is enrolled in a law enforcement program at said academy offered in coordination with a regional community-technical

college which accredits courses taken in such program, (5) for any active member of the Connecticut Army or Air National Guard who (A) is [                    ] domiciled in this state, (B) has been certified by the Adjutant General or such Adjutant General's designee as a member in good standing of the guard, and (C) is enrolled or accepted for admission to such institution on a full-time or part-time basis in an undergraduate degree-granting program, (6) for any dependent child of a (A) police officer, as defined in section 7-294a, or supernumerary or auxiliary police officer, (B) firefighter, as defined in section 7-323j, or member of a volunteer fire company, (C) municipal employee, or (D) state employee, as defined in section 5-154, killed in the line of duty, and (7) for any resident of the state who is a dependent child or surviving spouse of a specified terrorist victim who was a resident of this state. If any person who receives a tuition waiver in accordance with the provisions of this subsection also receives educational reimbursement from an employer, such waiver shall be reduced by the amount of such educational reimbursement. Veterans described in subdivision (2) of this subsection and members of the National Guard described in subdivision (5) of this subsection shall be given the same status as students not receiving tuition waivers in registering for courses at regional community-technical colleges. Notwithstanding the provisions of section 10a-30, as used in this subsection, "domiciled in this state" includes domicile for less than one year.

Sec. 2. Subsection (d) of section 10a-99 of the general statutes is repealed and the following is substituted in lieu thereof (*Effective July 1, 2005*):

(d) Said board shall waive the payment of tuition fees at the Connecticut State University system (1) for any dependent child of a person whom the armed forces of the United States has declared to be missing in action or to have been a prisoner of war while serving in such armed forces after January 1, 1960, which child has been accepted for admission to such institution and is a resident of Connecticut at the time such child is accepted for admission to such institution, (2) for any veteran having served in time of war, as defined in subsection (a) of section 27-103, or who served in either a combat or combat support role in the invasion of Grenada, October 25, 1983, to December 15, 1983, the invasion of Panama, December 20, 1989, to January 31, 1990, or the peace-keeping mission in Lebanon, September 29, 1982, to March 30, 1984, who has been accepted for admission to such institution and is [                    ] domiciled in this state at the time such veteran is accepted for admission to such institution, (3) for any resident of Connecticut sixty-two years of age or older who has been accepted for admission to such institution, provided (A) such person is enrolled in a degree-granting program, or (B) at the end of the regular registration period, there are enrolled in the course a sufficient number of students other than those persons eligible for waivers pursuant to this subdivision to offer the course in which such person intends to enroll and there is space available in such course after accommodating all such students, (4) for any student attending the Connecticut Police Academy who is enrolled in a law enforcement program at said academy offered in coordination with the university which accredits courses taken in such program, (5) for any active member of the Connecticut Army or Air National Guard who (A) is [                    ] domiciled in this state, (B) has

been certified by the Adjutant General or such Adjutant General's designee as a member in good standing of the guard, and (C) is enrolled or accepted for admission to such institution on a full-time or part-time basis in an undergraduate degree-granting program, (6) for any dependent child of a (A) police officer, as defined in section 7-294a, or supernumerary or auxiliary police officer, (B) firefighter, as defined in section 7-323j, or member of a volunteer fire company, (C) municipal employee, or (D) state employee, as defined in section 5-154, killed in the line of duty, and (7) for any resident of this state who is a dependent child or surviving spouse of a specified terrorist victim who was a resident of the state. If any person who receives a tuition waiver in accordance with the provisions of this subsection also receives educational reimbursement from an employer, such waiver shall be reduced by the amount of such educational reimbursement. Veterans described in subdivision (2) of this subsection and members of the National Guard described in subdivision (5) of this subsection shall be given the same status as students not receiving tuition waivers in registering for courses at Connecticut state universities. Notwithstanding the provisions of section 10a-30, as used in this subsection, "domiciled in this state" includes domicile for less than one year.

Sec. 3. Subsection (e) of section 10a-105 of the general statutes is repealed and the following is substituted in lieu thereof (*Effective July 1, 2005*):

(e) Said board of trustees shall waive the payment of tuition fees at The University of Connecticut (1) for any dependent child of a person whom the armed forces of the United States has declared to be missing in action or to have been a prisoner of war while serving in such armed forces after January 1, 1960, which child has been accepted for admission to The University of Connecticut and is a resident of Connecticut at the time such child is accepted for admission to said institution, (2) for any veteran having served in time of war, as defined in subsection (a) of section 27-103, or who served in either a combat or combat support role in the invasion of Grenada, October 25, 1983, to December 15, 1983, the invasion of Panama, December 20, 1989, to January 31, 1990, or the peace-keeping mission in Lebanon, September 29, 1982, to March 30, 1984, who has been accepted for admission to said institution and is [                    ] domiciled in this state at the time such veteran is accepted for admission to said institution, (3) for any resident of Connecticut sixty-two years of age or older who has been accepted for admission to said institution, provided (A) such person is enrolled in a degree-granting program, or (B) at the end of the regular registration period, there are enrolled in the course a sufficient number of students other than those persons eligible for waivers pursuant to this subdivision to offer the course in which such person intends to enroll and there is space available in such course after accommodating all such students, (4) for any active member of the Connecticut Army or Air National Guard who (A) is [                    ] domiciled in this state, (B) has been certified by the Adjutant General or such Adjutant General's designee as a member in good standing of the guard, and (C) is enrolled or accepted for admission to said institution on a full-time or part-time basis in an undergraduate degree-granting program, (5) for any dependent child of a (A) police officer, as defined in section 7-294a, or supernumerary or auxiliary police officer, (B) firefighter, as defined in section 7-323j, or member of a volunteer fire

company, (C) municipal employee, or (D) state employee, as defined in section 5-154, killed in the line of duty, and (6) for any resident of the state who is the dependent child or surviving spouse of a specified terrorist victim who was a resident of the state. If any person who receives a tuition waiver in accordance with the provisions of this subsection also receives educational reimbursement from an employer, such waiver shall be reduced by the amount of such educational reimbursement. Veterans described in subdivision (2) of this subsection and members of the National Guard described in subdivision (4) of this subsection shall be given the same status as students not receiving tuition waivers in registering for courses at The University of Connecticut. Notwithstanding the provisions of section 10a-30, as used in this subsection, "domiciled in this state" includes domicile for less than one year.

| This act shall take effect as follows and shall amend the following sections: | | |
|---|---|---|
| Section 1 | July 1, 2005 | 10a-77(d) |
| Sec. 2 | July 1, 2005 | 10a-99(d) |
| Sec. 3 | July 1, 2005 | 10a-105(e) |

**VA**    Joint Favorable C/R                                HED
**HED**   Joint Favorable

The following fiscal impact statement and bill analysis are prepared for the benefit of members of the General Assembly, solely for the purpose of information, summarization, and explanation, and do not represent the intent of the General Assembly or either House thereof for any purpose:

### OFA Fiscal Note

### State Impact:

| Agency Affected | Fund-Effect | FY 06 $ | FY 07 $ |
|---|---|---|---|
| Constituent Units of Higher Education | Tuition Fund - Revenue Loss | Potential | Potential |

**Municipal Impact:** None

### Explanation

This bill results in a potential revenue loss to the constituent units of higher education by making domicile rather than residency a qualifying criterion for tuition waivers at Connecticut public colleges.

Tuition waivers at Connecticut's public colleges already amount to over $5.1 million in FY 05 and cover just over 5,300 individuals. It is unknown as to how many new individuals would now be eligible for such waivers due to the bill and therefore the

potential revenue loss is unknown.

Note that statute provides that if the cost of waivers exceeds 2.5% of tuition revenue that the constituent units of higher education may be reimbursed for the cost above 2.5%. The state has never provided such funding although the waivers have exceeded 2.5% of tuition revenues.

**OLR Bill Analysis**

HB 6566

### *AN ACT CONCERNING THE DOMICILE REQUIREMENT FOR WAIVER OF TUITION AT STATE COLLEGES AND UNIVERSITIES*

**SUMMARY**:

This bill makes domicile, rather than residency, a qualifying criterion for tuition waivers available at Connecticut state colleges for wartime veterans' and active members of the Connecticut National Guard. The bill does not define "domicile" but specifies that it includes domicile for less than one year, notwithstanding the law that requires "domicile" for at least one year for in-state tuition purposes. The bill retains the residency criterion for seniors age 62 or over, dependent children of prisoners of war or servicemembers missing in action, and dependent children and surviving spouses of terrorist victims.

EFFECTIVE DATE: July 1, 2005

**BACKGROUND**

*In-State v. Out-of-State Tuition Waiver*

By law, tuition is waived at the University of Connecticut, Connecticut State University campuses, and community-technical colleges for certain groups. Generally, the laws granting the waivers require that applicants be Connecticut residents, but they do not define resident. In the absence of a definition, the colleges require one-year residency. Apparently, the basis for this interpretation is CGS § 10a-30, which, with some exceptions, requires students to be domiciled in Connecticut for at least one year to qualify for in-state tuition.

*Domicile v. Residency*

Domicile is a "person's true, fixed, principal, and permanent home, to which that person intends to return and remain even though currently residing elsewhere" (Black's Law Dictionary). "A person may have more than one residence at a time but only one domicile" (Black's Law Dictionary).

**COMMITTEE ACTION**

Veterans' Affairs Committee

Joint Favorable Change of Reference

Yea     13      Nay     0

Higher Education and Employment Advancement Committee

Joint Favorable Report

Yea     20      Nay     0