UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHEIDA GOLCHIN : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 3:01CV903(DJS) |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF CORRECTIONS, : | |
| UNIVERSITY OF CONNECTICUT : | |
| HEALTH CENTER, and CONNECTICUT : | |
| COMMISSION ON HUMAN RIGHTS AND : | |
| OPPORTUNITIES, : | |
| : | |
| Defendants. : | |

### ORDER

Plaintiff, Sheida Golchin ("Golchin"), has filed a third motion to reopen her case. Golchin's third "Motion to Address the Honorable Court" (dkt. # 37) is denied on two separate grounds. The court shall discuss each reason in turn.

First, Golchin has not shown that the things she wishes to make a claim about are related to the above-captioned lawsuit. The above-captioned matter was filed on May 21, 2001, when Golchin was granted leave to proceed in forma pauperis. Golchin alleged discriminatory conduct in violation of Title VI of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e, et seq., the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623a, and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112. On November 30, 2001, the court granted defendants' motions to dismiss Golchin's claims pursuant

to Rule 12(b)(1) & (6) of the Federal Rules of Civil Procedure. The case was closed on November 30, 2001.  Golchin did not appeal the court's ruling.  Indeed, several years passed before Golchin filed her first "Motion to Address the Honorable Court," (dkt. # 33).

Golchin's first "Motion to Address the Honorable Court" (dkt. # 33), which was filed in June 2006, sought to re-open her case.  On June 9, 2006, this court denied Golchin's motion without prejudice.  The court observed,

> Golchin speaks of fraud and deceit in her papers, but her allegations are vague.  If she wishes to re-open her lawsuit, she must provide specific details of the fraud, and must show how the fraud she speaks of prevented her from prosecuting her case the first time. If Golchin wishes to make a claim about things that happened to her that are not related to her first lawsuit, or things that happened to her after her lawsuit was dismissed, she must file another lawsuit against those responsible for violating her rights.

(Dkt. # 34.)  Subsequent to the court's order of June 9, 2006 Golchin filed a second "Motion to Address the Honorable Court" (see dkt. # 35).  Golchin's second motion sought relief for alleged violations of the ADA.  The court denied Golchin's second "Motion to Address the Honorable Court" on August 25, 2006 (see dkt. # 36).  The court found,

> Golchin is trying to assert a claim for things that happened to her after her lawsuit was dismissed on November 30, 2001.  Further, Golchin has not shown that the letter or the events alleged in her motion are related to her 2001 lawsuit against the State of Connecticut, the Department of Corrections, the University of Connecticut Health Center, and the

> Connecticut Commission on Human Rights and
> Opportunities.  This court, in its order of June 9,
> 2006, explained to Golchin that she must file another
> lawsuit against those responsible for violating her
> rights should she wish to litigate claims about things
> that happened to her that are not related to her first
> lawsuit, or things that happened to her after her
> lawsuit was dismissed.  Accordingly, to the extent
> Golchin now seeks relief under the ADA, her request is
> denied without prejudice. Should Golchin wish to pursue
> these claims, she must file a new lawsuit.
>
> Further, the court finds that Golchin did not comply
> with its order of June 9, 2006, which read, "A copy of
> any document filed with this court pertaining to the
> above-captioned lawsuit must be sent to opposing
> counsel in this case, and Golchin must indicate in her
> court documents that she has done so." (Dkt. # 34).
> The document Golchin filed with this court did not
> indicate that she sent opposing counsel a copy of her
> motion.  Accordingly, to the extent Golchin seeks to
> have the court re-open her case, her request is denied
> without prejudice.

(Dkt. # 36.) Thereafter, Golchin filed the pending motion (see dkt. # 37).  Golchin's third post-judgment "Motion to Address the Honorable Court" requests "an order to reinstate my medical and educational benefits and rights . . . ." (Id.)  She also claims that the defendants have retaliated against her by denying her employment opportunities and that this behavior has caused her emotional distress.  (Id.)  After reviewing Golchin's newest motion and the attached exhibits, the court finds that Golchin is trying to assert a claim for things that happened to her after the court dismissed her Title VII, ADEA, and ADA claims on November 30, 2001. In addition, the court finds that the wrongs Golchin speaks of in her third "Motion to Address the Honorable

Court," are not related to her earlier lawsuit, which she seeks to reopen. Accordingly, Golchin's third "Motion to Address the Honorable Court" is **denied with prejudice**. Should Golchin wish to pursue these claims, she must file a new lawsuit.

Second, Golchin did not comply with the court's orders of June 9, 2006 and August 25, 2006. In its order of June 9, 2006, the court instructed, " A copy of any document filed with this court pertaining to the above-captioned lawsuit must be sent to opposing counsel in this case, and Golchin must indicate in her court documents that she has done so." (Dkt. # 34.) Golchin failed to follow this directive. Indeed, when the court denied Golchin's second "Motion to Address the Honorable Court," the court observed that Golchin did not comply with the court's order of June 9, 2006. The court also observed, "If Golchin wishes to reopen her case, she *must* file a copy of her motion with opposing counsel and indicate in writing to the court that she has filed a copy with opposing counsel . . . ." (Dkt. # 36)(emphasis added). A review of Golchin's third "Motion to Address the Honorable Court" reveals that Golchin did not follow this directive because she did not indicate in writing that she provided opposing counsel with a copy of her motion. Accordingly, Golchin's third "Motion to Address the Honorable Court" is **denied with prejudice**.

## CONCLUSION

For the foregoing reasons, Golchin's third motion to reopen this case, entitled "Motion to Address the Honorable Court" **(dkt. # 37) is DENIED with prejudice, and this file shall remain closed. If Golchin wishes to assert claims for things that happened to her after her lawsuit was dismissed, she must file a new lawsuit.**

So ordered this __1st_____ day of February, 2007.

/s/DJS
_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**