Motion to address the Court

Re: Golchin v. Department of Corrections, University of Connecticut, Commission on Human Rights and Opportunities, Civil Action No. 3:01CV903 (DJS).

Dear Judge Squarito,

Greetings your honor and members of the Federal District court this motion is being written to address the intentional obstruction of civil action no. 3:01CV903 DJS by the State of Connecticut as addressed to the chambers of the Honorable Mark Kravitz on September 10th, 2007. I would like to address to the Judge and members of the court which were to preside on this case, that as the plaintiff and one of the victims on this case I was not given the right in accessing the Federal District court in order to have my legitimate testimony heard. The State of Connecticut through their representatives assigned to this case by the name of Jane Emons, representing the Department of Corrections and the University of Connecticut and Michael S. Agress, representing the Commission on Human Rights and Opportunites, representing the defendants' in this action lied on a legal contract dated June 20th of 1998 in order to prevent plaintiff in accessing the court. Prior to the signing of this " false offer " Miss Emons threatened plaintiff with retaliatory conduct which soon followed after she and Mr. aggress had signed this legal document in order to release the State of Connecticut from all and any liability regarding this case with the Federal District court.

**Soon after Ms. Emons and Mr. Agress both filed separate complaints falsely alleging that plaintiff had " threatened " them and others when plaintiff requested that the terms of the agreement they signed on June 20th, 1998 be enforced as promised by the means of a legal contract which defendants signed in return for the closing of civil action: 3:01CV903 DJS. The terms of this " false offer " were never adhered to or enforced as promised by defendants through their representatives and severe retaliation soon followed.**

Prior, during and after this contract plaintiff was denied legal representation and services by the State of Connecticut and its representatives. Plaintiff requested for legal representation based on economic hardship due to the denial of pay by her employer at the time of the case, The Department of Corrections, through the Connecticut Legal Aid, after this agency had accepted plaintiff due to meeting criteria for legal services, due to economic and other relevant circumstances, the Connecticut Legal Aid refused to represent plaintiff after indicating to her in writing that she been accepted for services based on need due to prejudice which the defendants' and their representatives caused in having this legal aid denied.

Therefore, plaintiff was forced to hire a private attorney out of pocket, while Mr. Agress laughing on the phone, told her that the State of Connecticut would not provide her with this service which she had been deemed eligible for prior to the defendants interference in allowing her in receiving this necessary service based on the prejudice which they caused in contacting the Legal Aid to prevent plaintiff in receiving this required service which she was eligible for and needed.

Between 1997 to 2007 plaintiff was falsely accused and arrested a total of three times during this period the plaintiff was also forced through false and forced Psychiatric evaluations and treatment and drugged in order to deem her mentally incompetent to be considered creditable by any court of law. The source of this "mental illness " was extracted illegally through the breach of the plaintiff's brother's private and confidential medical records, in violation to the 1974 Privacy Act and Hippa Regulations. To deem her mentally and personally incompetent and discreditable in order to prevent her testimony in being accepted by the court regarding her legitimate complaint re: 3:01CV903 DJS so the issue of liability would be conveniently diminished for the violators of these crimes.

**The individual who submitted this false information to the State of Connecticut was a close Rowland and Rell friend who was employed by the State of Connecticut and used his credentials and position as a physician to commit this crime, it is also important to mention to the attention of the court that this individual was not either the plaintiff or her brother's physician and did not have permission from Mr. Golchin's legal guardian in accessing these records for any purposes. The forced treatments was also performed in the same facility that the illegally breached private records had been extracted from by Dr. Jay Berkowitz at the Greater Bridgeport Mental Health located in Bridgeport, Connecticut. The time in which this false statement was submitted to employer was after State and Federal charges had been filed against employer on government property due to severe criminal acts including solicitation of embezzlement which the plaintiff had personal knowledge of and wished to address to the Federal District court in preventing the embezzlement to escalate.**

**The plaintiff and her family have also been severely threatened and retaliated against in the past 10 and a half years since the filing of this legitimate complaint with the Federal District Court of the United States. Plaintiff is denied legitimate equal and fair employment opportunities in her home state of residence which is Connecticut.**

Plaintiff is denied access to fair education and legal services and representation as a low income resident currently on social security disability in the State of Connecticut. Plaintiff's medical care has also been prejudiced in the State of Connecticut due to being on social security disability instead of Worker's Compensation for injuries incurred in the line of duty in full time State service as stated in the State of Connecticut's Worker's Compensation Act. The conduct is based on prejudice for having filed charges against the State of Connecticut due to prejudice caused by Miss Emons retaliatory and illegal conduct as stated prior to the June 1998 agreement which the employer, the State, soon after breached and fired plaintiff for on January 4th, 2000 after having plaintiff fraudulently arrested one month prior to having her terminated from her employment with the Department of Corrections by force.

Interestingly enough your honor and members of the court, Miss Emons is the Employment Benefits Attorney for the State of Connecticut and was the same attorney who represented this case for defendants, threatening plaintiff before signing the legal contract which she had no intention of enforcing and then filing a complaint after the signing of the agreement to have case closed with the court against plaintiff. The same is true for Mr. Agress who also signed this contract intending never to enforce the agreement, therefore knowingly lying to the Federal District Court to have this case obstructed.

**Plaintiff was so much in agreement to what was so unlawfully done to her by the employer and its representatives that she drove to Boston, Massachusetts and filed an EEOC discrimination complaint against employer for wrongful termination. She was so in agreement with this unlawful conduct since 1997 that she did not sign any offers to give up her rights in order to work for the State of Connecticut with prejudice as stated in offers by the employer in previous agreements, the plaintiff was so in agreement your honor that she fought three consecutive false arrests cases and was proven to have committed no crime in being blacklisted based on the retaliation which was committed against her for the filing of the is legitimate case with the Federal District court. The true facts of this case and its circumstances will exhibit that the plaintiff and the Government were lied to in order to prevent important information which would have assisted the United States Government in preventing the embezzlement which had already begun sometime in 1998 to 1999 from further escalating ; while providing the witness and victim relief from the very unsafe and hostile working conditions which she faced causing for her to become injured in the line of duty in the performance of her responsibilities in full- time State service.**

It will establish through the chronological sequence of dates and incidents that the employer and its representatives suppressed information and prevented the case from being heard in court through the means of non compliance and adherence to legal procedure as dictated by the court and used criminal methods in order to repress witness testimony which was relevant to the welfare of the State of Connecticut and the United States Government regarding the right for this information to be addressed to the court through a Federal appointed Judge.

Your honor and members of the Federal District court, throughout the period of these 10 and a half horrible years I have had to attend court cases in three different cities which have been thoroughly investigated, and found to be in my favor due to the evidence which proves that I am innocent: yet the level of the retaliatory conduct which has been and continues to be committed against me as a victim of crime and retaliation has not ceased or lessened. Why is that? Educated opinion would lead one to believe that the conduct is from a source which is greatly burdened and scared at the mere fact that their insincere methods to have me continually discredited have repeatedly failed while at the same time the blacklisted records from the retaliation on this case have caused me severe hardships. It is based on these reasons that I have chosen to address my complaint as a victim of retaliation to the attention of the United States Attorney's office in the district of Connecticut to have the matter further investigated and remedied.

**Regarding my previous employer and their representatives I have only to state that by the virtue of my knowledge regarding the theft and other numerous criminal violations at my place of employment on government property it was my responsibility to address this to the judicial authority which could decide what needed to be done to cease this conduct from continuing. Therefore, the merits of my case and why I filed charges in 1997 to 1998 are legitimate and representatives of the employer in this case overstepped their position and authority in preventing this case and my testimony in being heard by a competent and qualified Judge assigned by the Federal District court to hear this case through the means of lying, threatening, retaliation and blacklisting against me as a witness in this Federal complaint which had been already accepted and assigned to the Honorable Dominick Squarito in rendering a decision regarding the circumstances of this case.**

**My final comments in this motion to you, Judge Squarito and members of the Federal District court are that as a witness I had the right in accessing the court without being severely retaliated against as I have, as a victim of retaliation I have the right to address this to the Judge who was to preside over my case and your attention that I believe that the employers through their attorneys and representatives violated the court's rules of legal procedure regarding this case and that they should be held liable for their retaliatory and abusive conduct.**

I reserve the right in addressing this to the court's attention and state that a copy of this motion will be sent to the attention of the Attorney General of Connecticut regarding the obstruction of case: 3:01CV903DJS as well as to the attention of United States Attorney Bill Nardini and the Federal Bureau of Investigation concerning my August 22, 2007 complaint to their attention. No one should have to go through what I did to stop criminal acts from taking place in preventing further injury or damage to the welfare of innocent people in the State of Connecticut; or to the welfare of the United States Government. I tried to stop this from happening and I was punished for doing so. What was done to me is wrong and should be corrected. I have addressed my final comments to the court in the hopes that the wrong that has been done to me will be corrected and that the rights of other whistle blowers who report unlawful acts in the future are also ensured according to State and Federal law.

What I did was for the welfare of my State and my Country Miss Emons and I do not believe that you are in the position to Judge my actions. Thank you, your honor and members of the Federal District court regarding your attention concerning Golchin v. Department of Corrections, civil action no. 3:01CV903 DJS.