### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHEIDA GOLCHIN, | : CIVIL ACTION NO.: 3:01CV903(DJS) |
|    *Plaintiff*, | : |
| | : |
|    v. | : |
| | : |
| STATE OF CONNECTICUT, | : |
| DEPARTMENT OF CORRECTION | : |
| And UNIVERSITY OF CONNECTICUT | : |
| HEALTH CENTER | : FEBRUARY 21, 2008 |
|    *Defendants* | |

### RESPONSE BY STATE OF CONNECTICUT, DEPARTMENT OF CORRECTIONS AND UNIVERSITY OF CONNECTICUT HEALTH CENTER TO "MOTION TO ADDRESS THE COURT" FILED FEBRUARY 1, 2008

The plaintiff filed the above-captioned matter on May 21, 2001. That matter was dismissed by the Court on November 30, 2001.

In June 2006, plaintiff filed a "Motion to Address the Honorable Court" which motion was denied without prejudice on June 9, 2006. A second "Motion to Address the Honorable Court" was again denied without prejudice on August 25, 2006. A third "Motion to Address the Honorable Court" was denied **WITH PREJUDICE** on February 1, 2007.

On February 1, 2008, the plaintiff has filed yet another "Motion to Address the Court." That Motion has not been filed with opposing counsel and has not complied with the Court's earlier orders that her post-2001 allegations be presented in the form of a lawsuit.

2

To the extent that there is no case pending and for the above reasons, the State of Connecticut, Department of Correction and University of Connecticut Health Center request that this "Motion" be denied with prejudice.

                                **DEFENDANTS,**
                                STATE OF CONNECTICUT,
                                DEPARTMENT OF CORRECTION
                                and UNIVERSITY OF
                                CONNECTICUT
                                HEALTH CENTER

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

By:     _____/s/ Jane B. Emons_____
           Jane B. Emons
           Assistant Attorney General
           Federal Bar No. ct16515
           55 Elm Street, P.O. Box 120
           Hartford, CT  06141-0120
           Tel:  (860) 808-5340
           Fax: (860) 808-5383
           Email: Jane.Emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that on February 21, 2008, a copy of the foregoing Response by State of Connecticut, Department of Correction and University of Connecticut Health Center to "Motion to Address the Court" filed February 1, 2008, was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby also certify that on February 21, 2008, a copy of the foregoing Response by State of Connecticut, Department of Correction and University of Connecticut Health Center to "Motion to Address the Court" filed February 1, 2008, was mailed, first class, postage prepaid to:

>Sheida Golchin
>12 Adanti Avenue
>Ansonia, CT 06401

By: ___/s/ Jane B. Emons_____
Jane B. Emons
Assistant Attorney General
Federal Bar # ct16515
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Jane.Emons@po.state.ct.us